```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                "LINCOLN PERATROVICH ET AL V USA"

          Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/02/92
            Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (890) Other Statutory Actions
                    Inj/Dec Relief (16:3102)
             Origin: (1) Original Proceeding
             Demand:
         Filing fee:
           Trial by:
```

Parties of Record:                          Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | PERATROVICH, LINCOLN | Richard L. Young<br>Law Ofice of Thomas E. Luebben<br>211 12th Street NW<br>Albuquerque, NM 87102<br>505-842-6123 |
| PLF 2.1 | SHAKAN KWAAN, TLINGIT BAND OF RURAL AK RESIDENTS | Richard L. Young<br>(see above) |
| PLF 3.1 | SAMUEL, J.K. | Richard L. Young<br>(see above) |
| PLF 4.1 | TAANTA KWAAN, A TLINGIT BAND OF RURAL AK RESIDENTS | Richard L. Young<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Dean Dunsmore<br>Environment & Natural Resources<br>U.S. Department of Justice<br>801 B Street, Suite 504<br>Anchorage, AK 99501-3657<br>907-271-5452<br>FAX 907-271-5827 |
| DEF 2.1 | FEDERAL SUBSISTENCE BOARD | Dean Dunsmore<br>(see above) |
| DEF 3.1 | MCVEE, CURTIS | Dean Dunsmore<br>(see above) |
| DEF 4.1 | [T] LUJAN, MANUEL JR. | No counsel found for this party! |
| DEF 5.1 | GLICKMAN, DAN | Dean Dunsmore<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A92-0734--CV (HRH)
              "LINCOLN PERATROVICH ET AL V USA"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 6.1 | BABBITT, BRUCE | Dean Dunsmore<br>(see above) |
| DII 1.1 | STATE OF ALASKA | Joanne M. Grace<br>Attorney General's Office<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-269-5251 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                              "LINCOLN PERATROVICH ET AL V USA"

                                    For all filing dates


    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 12/02/92
             Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (890) Other Statutory Actions
                      Inj/Dec Relief (16:3102)
              Origin: (1) Original Proceeding
              Demand:
          Filing fee:
            Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 52 - 1 | 08/12/94 | Status Report DEF 1-4. |
| 53 - 1 | 08/30/94 | HRH Minute Order re:status report due by 10-14-94. cc:cnsl. |
| 54 - 1 | 11/01/94 | HRH Minute Order that counsel to file future reports in each of the jointly managed cases so each file will be complete. cc cnsl. |
| 55 - 1 | 11/22/94 | ZZZ 9 Status Report per 10/26/94 order |
| 56 - 1 | 11/29/94 | HRH Minute Order; 11/22/94 status report accepted; further report due w/in 7 days followinf the expiration of the 60-day public comment period following publication re "where II" & "selected but not conveyed" issues. cc cnsl. |
| 57 - 1 | 04/18/95 | DEF 1-4 Status Report re: public comments; suggest further status report be filed around 7/1/95 |
| 58 - 1 | 05/01/95 | HRH Order (Case Status); further status report is due 7/1/95. cc cnsl |
| 59 - 1 | 07/03/95 | DEF 1-4 Status Report pursuant to court's order (58-1) requesting status conference |
| 60 - 1 | 07/19/95 | HRH Minute Order, status conf set Wed., Aug. 16, 1995, at 4:00 p.m.. cc:cnsl. |
| 61 - 1 | 08/29/95 | HRH Order (case status) that gov't file status report by 1-5-96, supplements or responses to status report due 1-12-96.  cc cnsl |
| 62 - 1 | 01/05/96 | DEF 1-4 motion to enlarge time till 2/5/96 to file status rprt pursuant to crt order |
| 63 - 1 | 01/11/96 | HRH Order granting motion to enlarge time till 2/5/96 to file status rprt pursuant to crt order (62-1). Cy cnsl |
| 64 - 1 | 01/25/96 | PLF 1-4 Stipulation for sub of counsel of Featherly of KOVAL for Giannini with Giannini remaining as co cnsl. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                         "LINCOLN PERATROVICH ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 64 - 2 | 01/26/96 | HRH Order GRANTING stip for sub of counsel.  cc cnsl |
| 65 - 1 | 02/05/96 | DEF 1-4 Report to the court |
| 66 - 1 | 02/12/96 | PLF 1-4 response to Fed Defts' Report (65-1) |
| 67 - 1 | 03/01/96 | PLF 1-4 motion (request) for status conference |
| 68 - 1 | 03/12/96 | HRH Minute Order that CMC to arrange stat conf for date prior to 4/5/96 or after 4/22/96; request for status conference (dkt #67) granted.  cc cnsl |
| 69 - 1 | 03/14/96 | HRH Minute Order that status conf is set for 4:00 p.m. 4/4/96 (chambers) cc cnsl |
| 70 - 1 | 04/11/96 | HRH Minute Order re stat conf held in jointly managed cases 4-4-96; it is not required that all parties in all cases be served w/all papers filed in any case.  cc cnsl |
| 71 - 1 | 04/29/96 | DEF 1-4 motion for judgment on the pleadings or to dismiss w/att exhibits |
| 72 - 1 | 05/14/96 | DEF 1-4 Report to the court |
| 73 - 1 | 05/24/96 | Stipulation and Order that pltfs' oppo to motion for judgment on the pleadings or to dismiss is due 6/24/96.  cc cnsl |
| 74 - 1 | 06/14/96 | PLF 1-4 opposition to DEF 1-4 motion for judgment on the pleadings or to dismiss w/att exhibits (71-1) |
| 75 - 1 | 06/24/96 | Stipulation and Order that deft have till 7/12/96 to file reply in suuport of deft motion for judgment on the pleadings or to dismiss dkt #71. cc cnsl |
| 76 - 1 | 06/27/96 | DEF 1-4 reply to opposition to DEF 1-4 motion for judgment on the pleadings or to dismiss  (71-1) |
| 77 - 1 | 07/26/96 | HRH Order granting motion for judgment on the pleadings or to dismiss (71-1) w/leave to amend on/or before 8/26/96; if no amended complaint is filed w/in that time action to be deemed dismissed w/o prejudice and clerk to enter final jmt dismissing pltfs' complaint w/o prejudice.  cc cnsl |
| 78 - 1 | 08/09/96 | PLF 1-4 Unopposed Motion for 60-day ext of time to file amended complaint |
| 78 - 2 | 08/15/96 | HRH Order granting #78.  cy cnsl |
| 79 - 1 | 10/24/96 | PLF 1-4 Complaint (First Amended) for inj & declar relief. |
| 80 - 1 | 11/04/96 | HRH Minute Order re report from Government re regulatory process due 11-7-96. cy cnsl |
| 81 - 1 | 11/07/96 | DEF 1-3 Report re: in response to order at #80 filed 10/23/96. |
| 82 - 1 | 11/12/96 | DEF 1-3 Unopposed Motion that response to plf's first amended complaint is due 12-12-96 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                "LINCOLN PERATROVICH ET AL V USA"

                        For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 83 - 1 | 11/14/96 | HRH Order granting #82. cc cnsl |
| 84 - 1 | 11/14/96 | HRH Minute Order that no other action will be taken during FY 1997. cc cnsl |
| 85 - 1 | 12/11/96 | DEF 1-3 Answer to Amended Complaint w/att exhibits |
| 86 - 1 | 12/19/96 | DEF 1-3; 5-6 motion for judgment on the pleadings dismissing plaintiffs' action as set forth in the amended complaint {#79} |
| 87 - 1 | 01/03/97 | ZZZ 11 motion to stay decision on USA's motion for judgment on the pleadings |
| 88 - 1 | 01/06/97 | HRH Stipulation and Order that pltfs' opp to defs' mot for judgment now due 1-27-97. cy cnsl |
| 89 - 1 | 01/13/97 | DEF 1-3 opposition to ZZZ 11 motion to stay decision on USA's motion for judgment on the pleadings (87-1) |
| 90 - 1 | 01/27/97 | PLF 1-4 opposition to DEF 1-3; 5-6 motion for judgment on the pleadings dismissing plaintiffs' action as set forth in the amended complaint {#79} (86-1) . |
| 91 - 1 | 01/27/97 | PLF 1-4 Request for Oral Argument re: DEF 1-3; 5-6 motion for judgment on the pleadings dismissing plaintiffs' action as set forth in the amended complaint {#79} (86-1) . |
| 92 - 1 | 01/27/97 | PLF 1-4 non-opposition to ZZZ 11 motion to stay decision on USA's motion for judgment on the pleadings (87-1). |
| 93 - 1 | 02/04/97 | HRH Minute Order denying State of Alaska motion to stay decision on USA's motion for judgment on the pleadings (87-1); State of Alaska is not party to the action; court will defer action on USA motion for judgment on the pleadings until 2-14-97. cy cnsl |
| 94 - 1 | 02/05/97 | DEF 1-3 unopposed motion for enlargement of time (7 days) to reply re motion for judgment on the pleadings. |
| 95 - 1 | 02/06/97 | HRH Order granting unoppo motion (94-1). cc cnsl |
| 96 - 1 | 02/13/97 | DEF 1-3; 5-6 reply to opposition to DEF 1-3; 5-6 motion for judgment on the pleadings dismissing plaintiffs' action as set forth in the amended complaint {#79} (86-1) . |
| 97 - 1 | 02/14/97 | ZZZ 11 motion [request] for additional time to intervene with att aff and exh. |
| 98 - 1 | 02/21/97 | DEF 1-3 opposition [response] to ZZZ 11 motion [request] for additional time to intervene. (97-1) |
| 99 - 1 | 02/24/97 | HRH Minute Order granting motion [request] for additional time to intervene (97-1); further rpt due 3/14/97 by State of Ak. cc cnsl |
| 100 - 1 | 03/14/97 | ZZZ 11 motion to intervene w/att exh & prop answer to 1st amended complaint & counterclaim. |
| 101 - 1 | 04/01/97 | DEF 1-6 motion for enlargement of time (to 4-15-97) to respond to motion to intervene. |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                                "LINCOLN PERATROVICH ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 102 - 1 | 04/03/97 | HRH Order granting motion for enlargement of time (to 4-15-97) to respond to motion to intervene (101-1).  cy cnsl |
| 103 - 1 | 04/08/97 | PLF 1-4 non-opposition to ZZZ 11 motion to intervene with att exh and proposed ander to first amended complaint and counterclaim. (100-1) |
| 104 - 1 | 04/15/97 | DEF 1-3 opposition to ZZZ 11 motion to intervene with att exh and proposed ander to first amended complaint and counterclaim. (100-1) |
| 105 - 1 | 04/18/97 | DII 1 reply to opposition to ZZZ 11 motion to intervene (100-1). |
| 106 - 1 | 05/01/97 | HRH Order granting motion to intervene (100-1). cc cnsl |
| 107 - 1 | 05/01/97 | DII 1 Answer to 1st Amended Complaint and Counterclaim |
| 108 - 1 | 05/14/97 | DEF 1-3 Amended Notice of availability of administrative record. |
| 109 - 1 | 11/17/97 | HRH Order staying case to 7-1-98.  cy cnsl |
| 110 - 1 | 07/08/98 | HRH Minute Order that case remains stayed until 12/1/98 or further order of court. cc: cnsl |
| 111 - 1 | 12/09/98 | HRH Minute Order directing parties to confer & file a status report by 1/15/99. cc: cnsl |
| 112 - 1 | 01/07/99 | DEF 1-3; DEF 5-6 Unopposed Motion for enlargement of time to & including 01/29/99 to file status rpt required by order at dk 111 of 12/09/98. |
| 113 - 1 | 01/11/99 | HRH Order GRANTING #112; status repor re #111 now due 1/29/99. cc: cnsl |
| 114 - 1 | 01/29/99 | DII 1 Status rpt in Response to Order of 12/09/98. |
| 115 - 1 | 02/02/99 | HRH Minute Order that further proceedings remain stayed until 4/30/99. cc: cnsl |
| 116 - 1 | 05/03/99 | DEF 1-3; 5-6 Unopposed Motion to say proceedings until 10/31/99. |
| 117 - 1 | 05/05/99 | HRH Order staying proceedings until 10/31/99. cc: cnsl |
| 118 - 1 | 07/22/99 | HRH Minute Order denying motion for judgment on the pleadings (86-1);when stay is lifted crt woll conduct status conf to determine further proceedings. cc: cnsl |
| 119 - 1 | 09/10/99 | PLF 1-4 Attorney Substitution of H. Kendall-Miller for R. Anderson & notice of change of address of plaintiffs' attorney. |
| 119 - 2 | 09/14/99 | Order granting attorney substitution at 119-1.  cc: cnsl |
| 120 - 1 | 10/08/99 | HRH Minute Order that status report or stip to dismiss due 11/9/99. cc: cnsl |
| 121 - 1 | 11/05/99 | DEF 1-3; 5-6 Joint status rpt in Response to Ord. |
| 122 - 1 | 11/15/99 | HRH Order that plfs to file supp report by 11/30/99 why case should not be dismissed & new case filed. cc: cnsl |
| 123 - 1 | 11/26/99 | PLF 1-4 Supplemental status rpt in Response to Order at 122-1. |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                              "LINCOLN PERATROVICH ET AL V USA"

                                     For all filing dates


 Document #   Filed      Docket text

   124 -  1   12/02/99   HRH Order (case status) that parties to confer w/one another on/before
                         12/20/99; if able to agree on terms for dismissal of case w/o prejudice
                         cnsl to advise crt on/before 12/30/99; if unable to reach agreement,
                         parties to advise crt 12/30/99 re: whether matters submitted to court
                         but not decided should be rebriefed; if matters should be rebriefed, a
                         proposed schedule to be submitted on/before 12/30/99.  cc: cnsl

   125 -  1   12/13/99   HRH Order re: further status report due 12/30/99.  cc: cnsl

   126 -  1   12/29/99   DII 1 Status Report pursuant to crts order dated 12/2/99, supplemented
                         by order of 12/10/99.

   127 -  1   01/06/00   HRH Order re: case status; proceedings stayed pending decision by
                         Supreme Crt; SOA to notify court when decision reached; status conf to
                         be set w/i 30 days of decision. cc: cnsl

   128 -  1   01/06/00   DEF 1 Response to Status rpt at dkt 126-1 w/att exh.

   129 -  1   05/05/00   PLF 1-4 Attorney Substitution of L. Caudle for W. Featherly.

   129 -  2   05/10/00   HRH Order granting stip for substitution of counsel. cc: cnsl

   130 -  1   06/13/00   DII 1 Notification of order; Supremem Crt agreed to hear AK v USA.

   131 -  1   06/20/00   HRH Minute Order that CMC will arrange status conference. cc: cnsl

   132 -  1   06/26/00   HRH Minute Order setting status conference for 7/11/00 at 4:30 in
                         chambers. cc: cnsl

   133 -  1   07/20/00   HRH Minute Order that CMC to reschedule status conference for time when
                         lead counsel for plf can be available; telephonic participation
                         permitted. cc: cnsl

   134 -  1   07/24/00   HRH Minute Order setting status conference for 8/17/00 at 3:30 ADT;
                         telephonic approved for plf out-of-district cnsl. cc: cnsl

   135 -  1   08/18/00   HRH Order staying case pending a decision by US Supreme Court in
                         Original No. 128 or until a party shall convince crt there is good cause
                         to proceed, whichever shal occur earlier. cc: cnsl

   136 -  1   07/19/04   DII 1 Status Report on Alaska v USA original 128.

   137 -  1   08/09/04   HRH Minute Order a further status report to be filed by the State of
                         Alaska by 6/30/05, or upon receipt of a decision form the US Supreme
                         Court in Ak v US, whichever shall occur sooner.  cc: cnsl

   138 -  1   07/05/05   DII 1 Report re: status of Alaska v. USA, Original 128.

   139 -  1   07/07/05   HRH Order that parties confer & file joint stat rpt by 8/10/05. cc: cnsl

   140 -  1   07/13/05   ZZZ 1 Address Change Notice of Native American Rights Fund.

   141 -  1   08/09/05   DEF 1-3; 5 Joint Status Report.

   142 -  1   08/12/05   HRH Order re: case stat; case stayed until 10/1/05; further stat rpt due
                         10/15/05. cc: cnsl


 ACRS: R_VDSDX              As of 12/01/05 at 3:43 PM by GARRY                       Page 5
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A92-0734--CV (HRH)
                                  "LINCOLN PERATROVICH ET AL V USA"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 143 - 1 | 10/14/05 | DEF 1-3; 5-6 Jnt Status Report. |
| 144 - 1 | 10/19/05 | HRH Order approving rpt @ dkt 143; mot to amend cmplt due 11/1/05; all scheduling ords & scheduling proceedings in this case & A05-006 CV (HRH)/A05-158 CV (HRH) shall be noticed to cnsl for all parties in all 3 cases; cnsl for all parties invited to participate in all scheduling & planning confs & hrgs scheduled in these cases. cc: cnsl |
| 145 - 1 | 10/27/05 | PLF 1-4 motion for leave to appear & participate without local counsel w/att memo. |
| 146 - 1 | 10/27/05 | PLF 1-4 motion for leave to file 2nd amended complaint w/att memo & prop 2nd amended cmplt. |
| 147 - 1 | 10/31/05 | HRH Order granting mot for leave to appear & participate w/o local cnsl (145-1). cc: cnsl |
| 148 - 1 | 11/10/05 | DEF 1-3 motion for enlargement of time to 11/21/05 to file response to plaintiffs' motion for leave to file 2nd amended cmplt. |
| 149 - 1 | 11/15/05 | DEF 1-3 Notice of svc re: DEF 1-3 motion for enlargement of time to 11/21/05 to file response to plaintiffs' motion for leave to file 2nd amended cmplt (148-1). |
| 150 - 1 | 11/17/05 | DII 1 Unopposed motion for extension of time until 11/25/05 to file response to plaintiffs' motion for leave to file 2nd amended complaint. |
| 151 - 1 | 11/21/05 | DEF 1-3; 5-6 opposition to PLF 1-4 motion for leave to file 2nd amended complaint (146-1) w/att exhs. |
| 152 - 1 | 11/21/05 | DEF 1-3; 5-6 motion for judgment on the pleadings. |
| 153 - 1 | 11/22/05 | HRH Order granting unoppo mot for ext of time until 11/28/05 to file response to plfs' mot for leave to file 2nd amended cmplt (150-1). cc: cnsl |
| 154 - 1 | 11/22/05 | HRH Order granting mot for enlargement of time to 11/21/05 to file response to plfs' mot for leave to file 2nd amended cmplt (148-1). cc: cnsl |
| 155 - 1 | 11/28/05 | DII 1 opposition to PLF 1-4 motion for leave to file 2nd amended complaint  (146-1). |