**FILED**

DEC 0 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____ Deputy

RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., | No. A92-0734-CV (HRH) |
| Plaintiffs, | |
| vs. | MOTION OF NON RESIDENT ATTORNEY TO APPEAR ON BEHALF OF PLAINTIFFS |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Pursuant to local rule D. Ak. LR 83.1(d)(1)[A], which provides that this Court may permit a member in good standing of the bar of another jurisdiction, on a sufficient showing, to appear and participate on behalf of a party, Randolph H. Barnhouse, employed by Luebben Johnson & Young LLP, moves this Court to allow him to participate in this action as counsel of record for plaintiffs.

Current counsel of record, Richard L. Young, also employed by Luebben Johnson & Young LLP, has retired from the firm. Although Mr. Young will be available for consultation in this action, he will no longer be actively practicing law. Pursuant to local rule D. Ak. LR 83.1(f)(3)[A]1, plaintiffs have been contacted for their written consent for Mr.

1

156

Young to withdraw from this case. Once received, Mr. Young will seek the Court's permission to withdraw from this case.

Counsel for Defendant United States of America and Defendant State of Alaska have indicated that they do not oppose this motion.

For these reasons, and based upon the Declaration of Randolph H. Barnhouse, plaintiffs request that the Court exercise its discretionary authority under D. Ak. LR 83.1(d)(1)[A] to permit Mr. Barnhouse to participate in this case as counsel of record for plaintiffs.

DATED December 1, 2005

Randolph H. Barnhouse
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December ___1___, 2005 a copy of the foregoing and the Declaration of Randolph H. Barnhouse were mailed to the following:

Bruce Bothelho, Attorney General
Joanne Grace, Assistant Attorney General
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Attorney for the State of Alaska

Dean K. Dunsmore
Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Attorney for Federal Defendants

Richard C. Wade

2

RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., | No. A92-0734-CV (HRH) |
| Plaintiffs, | |
| vs. | DECLARATION OF RANDOLPH H. BARNHOUSE |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

DECLARATION OF RANDOLPH H. BARNHOUSE

The undersigned declarant, Randolph H. Barnhouse, pursuant to D. Ak. LR 83.1(d)(4)[A] and [B] states:

1. That he is known by the name of Randolph "Dolph" Barnhouse.

2. That his office and residence addresses are:

    211 12th Street N.W., Albuquerque, New Mexico 87102 (office)
    340 Los Ranchos Road N.W., Albuquerque, New Mexico 87107 (home)

1

3. That he is admitted to practice and a member in good standing with the following jurisdictions or courts:

   New Mexico state and federal courts, including 10th Circuit Court of Appeals since 1983.
   Arizona state and federal courts, including 9th Circuit Court of Appeals since 1984.
   Navajo Nation courts since 1999.

4. That he is not subject to any disciplinary action before any jurisdiction or court.

5. That he has never been subject to any suspension, disbarment or similar action in any jurisdiction or court that he has been admitted to practice.

6. That he is a member of good standing of the state and federal courts of New Mexico and that a certificate of good standing has been applied for and will be forwarded to the Court upon receipt.

7. That he has read and is familiar with the local rules of this Court.

Dated: December 1, 2005

_____
Randolph "Dolph" Barnhouse, Declarant

2