RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

**FILED**

DEC 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., ) | No. A92-0734-CV (HRH) |
| ) | |
| Plaintiffs, ) | |
| ) | PLAINTIFFS' MOTION FOR |
| vs. ) | EXTENSION OF TIME |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiffs move for an extension of time until the latter of January 13, 2006 or ten days after Plaintiffs' receipt of this Court's ruling on Plaintiffs' pending motion to amend the complaint in which to respond to the Federal Defendants' Motion for Judgment on the Pleadings. The Federal Defendants' motion has been joined without further argument by Intervenor - Defendant State of Alaska. A ruling on Plaintiffs' pending motion to amend will clarify which complaint is at issue in Defendants' joint Motion for Judgment on the Pleadings. Additional grounds supporting this motion include the pending holidays, the recent change of plaintiffs' counsel, the fact that plaintiffs' counsel will be out of the office

158

from December 16 through December 25, 2005 and that the Federal Defendants' counsel will be out of the Country from December 30, 2005 through January 13, 2006.

Plaintiffs' counsel has spoken with counsel for the Federal Defendants and Defendant State of Alaska and neither objects to the extension sought in this motion.

DATED December 7, 2005

_____
Randolph H. Barnhouse
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2005 a copy of the foregoing was served by United States mail, first class, postage paid, to the following:

Dean K. Dunsmore
Joanne Grace

_____
Richard C. Wade