**FILED**

DEC 1 2 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

_____ PPR _____ Deputy

RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., ) | No. A92-0734-CV (HRH) |
| ) | |
| Plaintiffs, ) | |
| ) | PLAINTIFFS' MOTION FOR |
| vs. ) | ADDITIONAL TIME IN WHICH |
| ) | TO REPLY |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiffs request an order granting them additional time, to and including December 14 2005, in which to file a reply to Defendants' Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint.

Plaintiffs' counsel has spoken with counsel for the Federal Defendants and Defendant State of Alaska and neither objects to the relief sought in this motion.

159

DATED December 9, 2005

_____
Randolph H. Barnhouse
Attorney for Plaintiffs

**FILED**

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 9, 2005 a copy of the foregoing and (proposed) Order was served by United States mail, first class, postage paid, to the following:

Dean K. Dunsmore
Joanne Grace
Heather R. Kendall-Miller
William P. Horn
Scott J. Nordstrand
Robert T. Anderson
Carol H. Daniel

_____
Richard C. Wade

This stipulation is approved, but is subject to reconsideration by a judicial officer within ten days from the date hereof.
CLERK OF COURT
Date: 12-13-05  By: Pam Richter
Deputy Clerk

```
A92-0734--CV (HRH)      12-13-05
------------------------------------------
  D. MITCHELL
  M. WALLERI
  L. GORDON (ASHBURN)

  M. STANLEY
  R. ANDERSON
  J. GRACE (AG-STE-200)
  J. JOHNSON (AK-LGL-SVC)
  G. FISHER (BIRCH)

  H. KENDALL-MILLER
  D. DUNSMORE (AUSA)
  R. YOUNG
  R. BARNHOUSE
```

2