Lodged
12/2/05

**FILED**

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., | No. A92-0734-CV (HRH) |
| Plaintiffs, | |
| vs. | (~~proposed~~) ORDER GRANTING MOTION OF NON RESIDENT ATTORNEY TO APPEAR ON BEHALF OF PLAINTIFFS |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

**IT IS ORDERED** that the motion of non resident attorney, Randolph H. Barnhouse, to appear is granted and that he be listed as counsel of record and placed on the Court's mailing list, and that all papers in this case to be served on the Plaintiffs shall be mailed or delivered to the following address:

Luebben Johnson & Young LLP
Randolph H. Barnhouse
211 12th Street NW
Albuquerque New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
dbarnhouse@luebbnlaw.com (email)

1

160

DATED this 12th day of December, 2005.

/s/ H. RUSSELL HOLLAND
United States District Judge

A92-0734--CV (HRH)    12-13-05

- D. MITCHELL
- M. WALLERI
- L. CORDON (ASHBURN)

- M. STANLEY
- R. ANDERSON
- J. GRACE (AG-STE-200)
- J. JOHNSON (AK-LGL-SVC)
- G. FISHER (BIRCH)

- H. KENDALL-MILLER
- D. DUNSMORE (AUSA)
- R. YOUNG
- R. BARNHOUSE

**Copies of orders in this action will be served only on LEAD LOCAL COUNSEL who is responsible for notifying non-resident counsel.**