RANDOLPH H. BARNHOUSE
RICHARD L. YOUNG
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

**FILED**

DEC 1 3 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., | No. A92-0734-CV (HRH) |
| Plaintiffs, | |
| vs. | **ORDER** (proposed) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

IT IS ORDERED THAT the Plaintiffs' Motion for Extension of Time is granted and further ordered setting Plaintiffs' deadline to file a response to Defendants' Motion for Judgment on the Pleadings as the latter of January 13, 2006 or ten days after Plaintiffs' receipt of this Court's ruling on Plaintiffs' pending motion to amend the complaint.

DATED this 12th day of December, 2005.

_____
H. RUSSEL HOLLAND
United States District Judge

A92-0734--CV (HRH)   12-13-05

- D. MITCHELL
- M. WALLERI
- L. GORDON (ASHBURN)
- M. STANLEY
- R. ANDERSON
- J. GRACE (AG-STE-200)
- J. JOHNSON (AK-LGL-SVC)
- G. FISHER (BIRCH)
- H. KENDALL-MILLER
- D. DUNSMORE (AUSA)
- R. YOUNG
- R. BARNHOUSE

161