RANDOLPH H. BARNHOUSE
Luebben Johnson & Young LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. A92-0734-CV (HRH) <br><br> **NOTICE OF LAW FIRM NAME CHANGE** |

NOTICE OF LAW FIRM NAME CHANGE

The name of the law firm representing Plaintiffs in this action is now Luebben

Johnson & Barnhouse LLP.  The mailing address, telephone number and facsimile

number, and attorney e-mail addresses remain the same.


        Luebben Johnson & Barnhouse LLP
        211 12th Street NW
        Albuquerque, New Mexico 87102
        Telephone Number:  (505) 842-6123
        Facsimile Number:   (505) 842-6124

1

Peratrovich et al. vs. United State of America, et al., No. A92-0734-CV (HRH)

DATED: January 11, 2006

       LUEBBEN JOHNSON & BARNHOUSE LLP

      By s/ Randolph H. Barnhouse
        Randolph H. Barnhouse
        211 12th Street NW
        Albuquerque, New Mexico 87102
        Phone: (505) 842-6123
        Fax: (505) 842-6124
        E-Mail: dbarnhouse@luebbenlaw.com

CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on January 11, 2006 a copy of the foregoing Notice of Law Firm Name Change was served by United States mail, first class, postage paid, to the following:

Dean K. Dunsmore
Joanne Grace
Heather R. Kendall-Miller
William P. Horn
Elizabeth J. Barry
Robert T. Anderson
Carol H. Daniel


s/ Randolph H. Barnhouse _____

2

Peratrovich et al. vs. United State of America, et al., No. A92-0734-CV (HRH)