DEAN K. DUNSMORE
DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska 99501-3657
Telephone:(907)271-5452
Facsimile:(907)271-5827
Email: dean.dunsmore@usdoj.gov
Attorney for Federal Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, rural Alaska resident & spokesman for Shakan Kwaan; et al., <br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, FEDERAL SUBSISTENCE BOARD, et al.,<br><br>　　　　Defendants. | Case No. A92-0734-CV (HRH)<br><br>NOTICE BY THE UNITED STATES OF SUPPLEMENTAL AUTHORITY |

　　　The United States submits this notice pursuant to D. Ak. LR 7.1(h)(1)(B). In Federal Defendants Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and Memorandum in Support of Motion for Judgment on the Pleadings (Docket Entry No. 151) at 11, the United States noted that the Supreme Court in *State of Alaska v. United States, 125 S. Ct.* 2137, 2161 (2005), accepted a disclaimer of title submitted by the United States. On January

23, 2006, the Supreme Court entered in decree, attached as Exhibit 1 hereto, in that proceeding confirming that disclaimer.

DATED this 30th day of January 2006.

>/s/ Dean K. Dunsmore
>DEAN K. DUNSMORE
>DEPARTMENT OF JUSTICE
>Environment & Natural Resources Division
>801 B Street, Suite 504
>Anchorage, Alaska 99501-3657
>Telephone:(907)271-5452
>Facsimile:(907)271-5827
>Email: dean.dunsmore@usdoj.gov
>
>Attorney for Federal Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January 2006, a copy of the foregoing Notice by the United States of Supplemental Authority with attached exhibit was served electronically to:

Randolph H. Barnhouse
Heather R. Kendall-Miller
Will Sherman
Robert T. Anderson
William F. Sherman

and by United States mail, first class, postage paid, to the following:

William P. Horn
Gregory L. Fisher
Scott J. Nordstrand
Carol H. Daniel


/s/ Dean K. Dunsmore