RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
211 12th Street NW
Albuquerque, New Mexico 87102
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA, et al.,  )<br>  )<br>    Defendants.  )<br>_____ ) | No. A92-0734-CV (HRH)<br><br>**NOTICE** |

Notice is hereby given that effective November 23, 2005, Richard L. Young is no longer with the Law Firm serving as counsel for Plaintiffs in the above captioned action. Randolph H. Barnhouse, Luebben Johnson & Barnhouse LLP, will continue to serve as counsel of record for Plaintiffs.

DATED: February 22, 2006

                      LUEBBEN JOHNSON & BARNHOUSE LLP

            By   <u>s/ Randolph H. Barnhouse</u>
                 Randolph H. Barnhouse
                 211 12th Street NW
                 Albuquerque, New Mexico 87102
                 Phone: (505) 842-6123
                 Fax: (505) 842-6124
                 E-Mail: dbarnhouse@luebbenlaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 22, 2006, a copy of the foregoing Notice was served electronically on:

    Dean K. Dunsmore
    Joanne Grace

and on the following by regular U.S. mail:

| | |
|---|---|
| Heather Kendall Miller<br>Native American Rights Fund<br>420 L Street, Suite 505<br>Anchorage AK 99501 | William P. Horn<br>Birch Horton et al.<br>1155 Connecticut Ave. NW Ste. 1200<br>Washington DC 20036 |
| Gregory L. Fisher<br>Birch Horton et al.<br>1127 W. 7th Avenue<br>Anchorage AK 99507 | William F. Sherman<br>LexAlaska<br>645 G Street Suite 100 #856<br>Anchorage AK 99501 |
| Steven A. Daugherty<br>Assistant Attorney General<br>State of Alaska, Dept. of Law<br>1031 W. 4th Avenue Suite 200<br>Anchorage AK 99501 | Robert T. Anderson<br>UW School of Law<br>Box 353020<br>Seattle WA 98195-3020 |
| | Carol H. Daniel<br>Alaska Federation of Natives<br>1577 C Street Suite 300<br>Anchorage AK 99501 |

<u>s/ Randolph H. Barnhouse</u>