DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Joanne M. Grace
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5235
Facsimile: (907)278-4607
Email: joanne_grace@law.state.ak.us
Attorney for the State of Alaska

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,<br><br>    Plaintiffs,<br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants,<br><br> and<br><br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | No. A92-734-CV (HRH)<br><br>**State's Motion for an Extension of Time to File Reply to Motion for Judgment on the Pleadings** |

  The State of Alaska moves for an order granting an extension of time until March 21, 2006 to file a reply to Plaintiffs' Opposition to Motion for Judgment on the Pleadings (Docket Entry No. 167).

  The State requests this extension because of commitments of undersigned counsel, made before the due date was established for the reply.

No previous extension has been requested.  Counsel for the Plaintiffs and for the United States have indicated that they do not oppose this request.

DATED March 14, 2006.

                          DAVID W. MÁRQUEZ
                          ATTORNEY GENERAL

By:   /s/ Joanne M. Grace
       Joanne  M. Grace
       Assistant Attorney General
       1031 W. 4th Ave., Suite 200
       Anchorage, Alaska 99501
       Telephone: (907) 269-5235
       Facsimile: (907)278-4607
       Email: joanne_grace@law.state.ak.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 14, 2006,
a copy of the foregoing was served electronically to:

  Randolph H. Barnhouse
  Dean K. Dunsmore
  Heather Kendall Miller
  Robert Anderson
  William F. Sherman

and by United States mail, first class, postage paid, to the following:

  William P. Horn
  Carol H. Daniel
  Gregory L. Fisher

/s/ Joanne M. Grace

DAVID W. MÁRQUEZ
ATTORNEY GENERAL
Joanne M. Grace
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5235
Facsimile: (907)278-4607
Email: joanne_grace@law.state.ak.us

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>STATE OF ALASKA, )<br>)<br>Intervenor-Defendant. )<br>_____) | No. A92-734-CV (HRH)<br><br><br><br><br><br>**Order Granting<br>Extension of Time** |

The motion of the State of Alaska for an extension of time to file its reply to the Motion for Judgment on the Pleadings is granted. The state's reply is due March 21, 2006.

DATED _____, 2006.

_____
H. RUSSEL HOLLAND
United States District Judge