ATTORNEY GENERAL
Joanne M. Grace
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5235
Email: joanne_grace@law.state.ak.us

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al., ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, et al., ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> STATE OF ALASKA, ) <br> ) <br> Intervenor-Defendant. ) <br> _____) | No. A92-734-CV (HRH) <br><br><br><br> **Notice of Filing** <br> **Proposed Order** |

The State of Alaska hereby submits a proposed order for its **Motion for Extension of Time to File Reply to Motion for Judgment on the Pleadings**.

DATED March 15, 2006.

                                                   DAVID W. MÁRQUEZ
                                                 ATTORNEY GENERAL

             By:    /s/ Joanne M. Grace
                     Joanne M. Grace
                     Assistant Attorney General
                     1031 W. 4th Ave., Suite 200
                     Anchorage, Alaska 99501
                     Telephone: (907) 269-5235

Facsimile: (907)278-4607
Email: joanne_grace@law.state.ak.us

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2006,
a copy of the foregoing was served electronically to:

  Randolph H. Barnhouse
  Dean K. Dunsmore
  Heather Kendall Miller
  Robert Anderson
  William F. Sherman

and by United States mail, first class, postage paid, to the following:

  William P. Horn
  Carol H. Daniel
  Gregory L. Fisher

/s/ Joanne M. Grace