ATTORNEY GENERAL
Joanne M. Grace
Assistant Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501
Telephone: (907) 269-5235
Facsimile: (907)278-4607
Email: joanne_grace@law.state.ak.us

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,  )<br>  )<br>         Plaintiffs,  )<br>  v.  )<br>  )<br>UNITED STATES OF AMERICA, et al.,  )<br>  )<br>         Defendants,  )<br>  )<br>  and  )<br>  )<br>STATE OF ALASKA,  )<br>  )<br>         Intervenor-Defendant.  )<br>_____ ) | No. A92-734-CV (HRH)<br><br>**Proposed<br>Order Granting<br>Extension of Time** |

       The motion of the State of Alaska for an extension of time to file its reply to the Motion for Judgment on the Pleadings is granted.  The state's reply is due March 21, 2006.

      DATED _____, 2006.

                                                                    _____
                                                                    H. RUSSEL HOLLAND
                                                                    United States District Judge