IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
LINCOLN PERATROVICH, et al.,       )
                                   )
              Plaintiffs,          )
                                   )
    vs.                            )
                                   )
UNITED STATES OF AMERICA, et al.,  )
                                   )
              Defendants.          )
                                   )
    and                            )
                                   )    No. 3:92cv0734-HRH
STATE OF ALASKA,                   )
                                   )
              Intervenor-Defendant.)
_____)
```

O R D E R

Extension of Time[1]

The motion of the State of Alaska for an extension of time to file its reply to the motion for judgment on the pleadings is granted.  The State's reply is due March 21, 2006.

DATED at Anchorage, Alaska, this  16th  day of March, 2006.

/s/ H. Russel Holland
United States District Judge

---

[1]Clerk's Docket No. 172.