IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
LINCOLN PERATROVICH, et al.,      )
                                  )
                    Plaintiffs,   )
                                  )
    vs.                           )
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
                    Defendants.   )
                                  )
    and                           )
                                  )   No. 3:92cv0734-HRH
STATE OF ALASKA,                  )
                                  )
            Intervenor-Defendant. )
_____)
```

O R D E R

Case Status

The parties to this case have participated in a status conference convened by the court in John v. Norton, No. 3:05cv0006. Because the plaintiffs here are situated similarly to the John plaintiffs and others who have interests parallel to the John plaintiffs, a briefing schedule, a copy of which is appended hereto, has been developed for briefing of the "what process" issue

- 1 -

raised in <u>John</u> and of interest to the <u>Peratrovich</u> plaintiffs, which contemplates participation by the <u>Peratrovich</u> plaintiffs.

The <u>Peratrovich</u> plaintiffs are granted leave to exercise the same briefing privileges, subject to the same limitations, as afforded intervenors in the <u>John</u> case.

DATED at Anchorage, Alaska, this  26th  day of April, 2006.

        /s/ H. Russel Holland
        United States District Judge