IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
KATIE JOHN, et al.,                      )
                                         )
                     Plaintiffs,         )
                                         )
     vs.                                 )
                                         )
UNITED STATES OF AMERICA, et al.,        )
                                         )
                                         )
                     Defendants.         )
_____)
                                         )
STATE OF ALASKA,                         )
                                         )
                     Plaintiff,          )
     and                                 )
                                         )
ALASKA FISH AND WILDLIFE FEDERA-         )
TION AND OUTDOOR COUNCIL, et al.,        )
                                         )
          Plaintiff-Intervenors,         )
                                         )   No. 3:05cv0006-HRH
     vs.                                 )   (Consolidated with
                                         )    No. 3:05cv0158-HRH)
GALE NORTON, Secretary of the            )
Interior, et al.,                        )
                                         )
                     Defendants,         )
                                         )
     and                                 )   O R D E R
                                         )
KATIE JOHN, et al.,                      )
                                         )
          Defendant-Intervenors,         )
                                         )
     and                                 )
                                         )
ALASKA FEDERATION OF NATIVES,            )
                                         )
          Defendant-Intervenor.          )
_____)
```

Case Status

A status conference was held in this case on April 24, 2006. The conference was called for the purpose of arriving at a briefing schedule for these consolidated cases and the related case of <u>Peratrovich v. United States</u>, No. 3:92cv0734-HRH. As a consequence of the continuing efforts of counsel prior to this conference, a tentative schedule was developed. All parties are now in agreement that the issue of whether the Secretaries employed a proper administrative procedure process (the "what process" issue) for determining the existence of reserved water rights should be taken up first.

The agreed schedule follows.

<u>Issue 1</u>.  <u>The "What Process" Issue</u>.

| | |
|---|---|
| State's Opening Brief: | July 14, 2006 |
| AOC's Supplemental Brief: | July 28, 2006 |
| United States' Response: | Sept. 11, 2006 |
| Katie John's Response and Supplemental Brief of AFN and Peratrovich: | Sept. 22, 2006 |
| State's Reply: | Oct. 6, 2006 |
| AOC's Supplemental Reply: | Oct. 13, 2006 |
| United States' Reply: | Nov. 3, 2006 |
| Katie John's Reply and AFN and Peratrovich Supplemental Reply: | Nov. 17, 2006 |

A second set of issues raised by these consolidated cases has to do with which waters are "public lands" for purposes of reserved waters regulation under Title VIII of ANILCA. Subject to

possible reconsideration after the completion of briefing of the "what process" issue, the parties and court have tentatively agreed upon the following, further briefing schedule.

<u>Issue 2</u>.  <u>The "Which Waters" Issue</u>.

| | |
|---|---|
| State's Opening Brief: | Jan. 22, 2007 |
| AOC's Supplemental Brief: | Feb. 12, 2007 |
| United States' Response: | Mar. 23, 2007 |
| Katie John's Response and John Affirmative Claim and AFN Supplemental Response: | Apr. 9, 2007 |
| State's Reply & AOC's Supplemental Reply: | Apr. 30, 2007 |
| United States' Response to John: | May 21, 2007 |
| John Reply: | June 4, 2007 |

While the foregoing schedules appear to address the following concern, intervenors Alaska Federation of Natives and the Alaska Fish and Wildlife Federation and Outdoor Council are reminded that the orders permitting their intervention contemplate that intervenors will coordinate their briefing with the primary party with whom or which they are aligned, that they will adopt or join in the lead party's briefing where their points of view are the same, and that only their differing positions or arguments will be addressed in intervenors' separate briefs.  Concurrent herewith, the court is entering an order in <u>Peratrovich v. United States</u>, No. 3:92cv0734-HRH, advising the Peratrovich plaintiffs that they may participate in these proceedings in the same fashion as the

Alaska Federation of Natives and the Alaska Fish and Wildlife Federation and Outdoor Council.

DATED at Anchorage, Alaska, this  26th  day of April, 2006.

/s/ H. Russel Holland
United States District Judge