DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Steven A. Daughterty (AK Bar no. 9406032)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5100
Facsimile: 907-279-2834
Email: Steven_Daugherty@law.state.ak.us
Attorney for the State of Alaska

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) No. A92-734-CV (HRH) |
| Defendants, | ) |
| and | ) |
| STATE OF ALASKA, | ) |
| Intervenor-Defendant. | ) |

**SUBSTITUTION OF COUNSEL**

The State of Alaska, by and through the Office of the Attorney General,

hereby substitutes Assistant Attorney General Steven A. Daugherty as counsel of record

in the above-captioned case and requests that notice of all pleadings, documents, and correspondence related to it be delivered or mailed to:

Steven A. Daugherty
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501

    Respectfully submitted on August 25, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:    s/Steven A. Daugherty
       Steven A. Daugherty
       (AK Bar No. 9406032)
       Assistant Attorney General
       Natural Resources Section
       Department of Law
       1031 West 4th Avenue, Suite 200
       Anchorage, AK 99501
       Steven_Daugherty@law.state.ak.us
       Phone: 907-269-5100
       Facsimile: 907-279-2834

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2006,
a copy of the foregoing was served electronically to:

Randolph H. Barnhouse
Dean K. Dunsmore
Heather Kendall Miller

Substitution of Counsel
*Peratrovich v. United States*, No. A92-734-CV (HRH)     Page 3

Robert Anderson
William F. Sherman

and by United States mail, first class, postage paid, to the following:

William P. Horn
Carol H. Daniel
Gregory L. Fisher

/s/ Steven A. Daugherty

Substitution of Counsel
*Peratrovich v. United States*, No. A92-734-CV (HRH)                                                         Page 4