William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Steven A. Daugherty
Alaska Bar No.: 9406032
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5235
Email: Steven_Daugherty@law.state.ak.us

Attorneys for Intervenor-Defendant State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES OF AMERICA, et. al.,  )<br>  )<br>    Defendant,  )<br>  )<br>  and  )<br>STATE OF ALASKA,  )<br>  )<br>    Intervenor-Defendant.  )<br>_____)| No. A92-734-CV (HRH) |

## MOTION FOR LEAVE FOR
## WILLIAM P. HORN TO APPEAR *PRO HAC VICE*

**Pursuant to D. Ak. LR 83.1(d)**, William P. Horn, with the law firm Birch, Horton, Bittner and Cherot, moves for permission to appear *pro hac vice* as co-counsel for Intervenor-Defendant State of Alaska in the above-captioned case.

In support of this motion, undersigned counsel direct the Court to the attached affidavit, certificate of good standing, and proposed order.

Dated: August 29, 2006

Respectfully submitted,

BIRCH, HORTON, BITTNER, AND CHEROT

/s/ William P. Horn
William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Steven A. Daugherty
Alaska Bar No.: 9406032
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5235
Email: Steven_Daugherty@law.state.ak.us

Attorneys for Intervenor-Defendant State of Alaska

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2006, a copy of the foregoing was sent by electronic filing to:

Randolph H. Barnhouse
Dean K. Dunsmore
Heather Kendall Miller
Robert Anderson
William F. Sherman
Carol H. Daniel
Gregory Fisher
Steven Daugherty

/s/ William P. Horn