William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Steven A. Daugherty
Alaska Bar No.: 9406032
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5235
Email: Steven_Daugherty@law.state.ak.us

Attorneys for Intervenor-Defendant State of Alaska

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.,<br><br>    Defendant,<br><br>and<br>STATE OF ALASKA,<br><br>    Intervenor-Defendant. | No. A92-734-CV (HRH) |

### WILLIAM P. HORN AFFIDAVIT IN SUPPORT OF
### MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1(d), I declare that the following facts are true, to the best of my knowledge, information, and belief:

1. My full name is William P. Horn.

2. My office address is: 1155 Connecticut Avenue, NW, Suite 1200, Washington, D.C. 20036, Telephone: (202) 659-5800, Facsimile: (202) 659-1027

3. My residence address is: 2032 Freedom Lane, Falls Church, VA 22043

4. I have been admitted to the following bars and admitted to practice before the following courts:

   U.S. Supreme Court (1995): Supreme Court of the United States, Washington, DC 20543, Telephone: (202) 479-3211

   District of Columbia Bar (1983): 1250 H Street, Sixth Floor, Washington, D.C. 20005, Telephone: (202) 737 – 4700, Facsimile: (202) 626 – 3471

   U.S. District Court, District of Columbia (2003): 333 Constitution Avenue, N.W., Washington, D.C. 20001, Telephone: (202) 354-3000

   U.S. Court of Appeals, District of Columbia Circuit (2004): 333 Constitution Avenue, N.W., Washington, D.C. 20001, Telephone: (202) 216-7000

5. No disciplinary or grievance proceedings are pending or have been instituted against me.

6. I have not been subject to suspension, disbarment or similar action in any jurisdiction or any court

7. I certify that I have read the local rules of this court.

DATED: 29th day of August 2006

Respectfully submitted,
Birch, Horton, Bittner and Cherot, P.C

_____
William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Attorneys for Intervenor-Defendant State of Alaska

District of Columbia: SS
Subscribed and sworn to before me, the undersigned Notary Public for the District of Columbia, this 29th day of August, 2006.

_____
Notary Public in and for the District of Columbia

My Commission expires: June 2010