# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
333 Constitution Avenue, NW
Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**WILLIAM   P.   HORN**

was, on the __5th__ day of __November__ A.D. __1990__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __29th__ day of __August__ A.D. 2006.

**NANCY M. MAYER-WHITTINGTON, CLERK**

By: _____
Deputy Clerk