William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW, Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Steven A. Daugherty
Alaska Bar No.: 9406032
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5235
Email:  Steven_Daugherty@law.state.ak.us

Attorneys for Intervenor-Defendant State of Alaska

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| LINCOLN PERATROVICH, et al.             )<br>                                                              )<br>            Plaintiff,                              )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>UNITED STATES OF AMERICA, et. al.,   )<br>                                                              )<br>            Defendant,                           )<br>                                                              )<br>     and                                              )<br>STATE OF ALASKA,                           )<br>                                                              )<br>            Intervenor-Defendant.        )<br>_____) | No. A92-734-CV (HRH) |

**NOTICE OF ATTACHMENT**

I, William P. Horn, hereby certify that on the 1st day of September, 2006, I am attaching a Proposed Order to Intervenor-Defendant State of Alaska's Motion of William P. Horn for Leave to Appear *Pro Hac Vice*, to be served upon the following individuals in the manner indicated below:

*Electronic Filing*

Randolph H. Barnhouse
Dean K. Dunsmore
Heather Kendall Miller
Robert Anderson
William F. Sherman
Carol H. Daniel
Gregory Fisher
Steven Daugherty

BIRCH, HORTON, BITTNER, AND CHEROT

/s/ William P. Horn
William P. Horn
DC Bar No.: 375666
Birch, Horton, Bittner & Cherot, P.C.
1155 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Phone: (202) 659-5800
Fax: (202) 659-1027
Email: whorn@dc.bhb.com

Steven A. Daugherty
Alaska Bar No.: 9406032
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: 907-269-5235
Email:  Steven_Daugherty@law.state.ak.us

Attorneys for Intervenor-Defendant State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2006, a copy of the foregoing was sent by electronic filing to:

Randolph H. Barnhouse
Dean K. Dunsmore
Heather Kendall Miller
Robert Anderson
William F. Sherman
Carol H. Daniel
Gregory Fisher
Steven Daugherty

/s/ William P. Horn