IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, et. al., ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | No. A92-734-CV (HRH) |
| STATE OF ALASKA, ) | |
| ) | |
| Intervenor-Defendant. ) | |
| _____) | |

**PROPOSED ORDER GRANTING MOTION OF WILLIAM P. HORN
FOR LEAVE TO APPEAR *PRO HAC VICE***

Having considered the Motion for Leave to Appear *Pro Hac Vice* of William P. Horn, filed pursuant to Local Rule 83.1(d), this Court finds that said motion is GRANTED.

So Ordered.

Dated this _____ day of _____, 2006.

_____
H. Russell Holland
United States District Judge