IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

LINCOLN PERATROVICH, et al., )
                             )
             Plaintiffs,     )
                             )
    vs.                      )
                             )
UNITED STATES OF AMERICA, et al., )
                             )
             Defendants.     )
                             )
    and                      )
                             )  No. 3:92cv0734-HRH
STATE OF ALASKA,             )
                             )
       Intervenor-Defendant. )
_____)

O R D E R

Granting Motion of William P. Horn
for Leave to Appear Pro Hac Vice

Having considered the motion for leave to appear <u>pro hac vice</u> of William P. Horn,[1] filed pursuant to Local Rule 83.1(d), this court finds that said motion is GRANTED.

SO ORDERED.

DATED at Anchorage, Alaska, this <u>8th</u> day of September, 2006.

/s/ John W. Sedwick, Chief Judge
*for* Judge H. Russel Holland

---

[1]   Clerk's Docket No. 180.

- 1 -