```
           UNITED STATES
          DISTRICT COURT
           District of Alaska
           Anchorage Division

          # 00128837 - PS
          September 5, 2006


   Code     Case #     Qty      Amount

   6855XX-N 92-734              150.00 CK


          TOTAL→        150.00


   FROM: BIRCH, HORTON, BITTNER AND
         CHEROT, P.C. FOR
         WILLIAM P. HORN, PRO HAC VICE
         3:92-CV-00734 HRH
```