```
              UNITED STATES
             DISTRICT COURT
              District of Alaska
              Anchorage Division

           # 00128974 - SF
           September 22, 2006


    Code     Case #    Qty      Amount

    6855XX-N 92-734CV           150.00 CK


           TOTAL→           150.00


    FROM: BIRCH HORTON BITTNER AND
          CHEROT FOR WILLIAM P. HORN
          NON-RES ATTY FEE
          3:92-CV-00734
```