```
         UNITED STATES
         DISTRICT COURT
          District of Alaska
          Anchorage Division

        # 00131755 - PS
        November 19, 2007


  Code    Case #    Qty     Amount

  6855XX-N 92-734           150.00 CK


  TOTAL→              150.00



FROM: LUEBBEN JOHNSON & BARNHOUSE
      FOR SAMUEL D. HOUGH
      NON RESIDENT ATTORNEY
      3:92-CV-734
```