RANDOLPH H. BARNHOUSE
Luebben Johnson & Barnhouse LLP
7424 4th Street N.W.
Los Ranchos de Albuquerque, New Mexico 87107
(505) 842-6123
(505) 842-6124 (fax)
Email: dbarnhouse@luebbenlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| LINCOLN PERATROVICH, et al., | ) | No.  3:92-cv-0734-HRH |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | **NOTICE OF ATTACHMENT TO MOTION AND APPLICATION TO APPEAR BY NON-RESIDENT ATTORNEY** |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) ) | |

Notice is hereby given that the attached Certificate of Good Standing from the

State Bar of California is filed as an Exhibit to the Motion and Application to Appear by

Non-Resident Attorney Samuel D. Hough (Dkt. No. 190), filed by the Clerk of Court on

November 19, 2007.

Dated:  November 29, 2007      LUEBBEN JOHNSON & BARNHOUSE LLP

                                                 By      /s/ Randolph H. Barnhouse
                                                      Randolph H. Barnhouse
                                                      7424 4th Street N.W.
                                                      Los Ranchos de Abq., New Mexico 87107
                                                      (505) 842-6123
                                                      (505) 842-6124 (fax)
                                                      E-Mail:  dbarnhouse@luebbenlaw.com

1

CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2007, a copy of the foregoing document was served electronically on:

| | |
|---|---|
| Robert T. Anderson | boba@u.washington.edu, bobanderson7@comcast.net |
| Carol H. Daniel | cdaniel@alaska.net |
| Steven A. Daugherty | Steven_Daugherty@law.state.ak.us, nr_ecf@law.state.ak, rubricsd@netscape.net |
| Mike Sewright | Mike.Sewright@Alaska.gov; ruricsd@netscape.net |
| Dean K. Dunsmore | dean.dunsmore@usdoj.gov, lorraine.carter@usdoj.gov, bruce.landon@usdoj.gov |
| Gregory S. Fisher | gfisher@bhb.com |
| William P. Horn | whorn@dc.bhb.com, jpoppos@dc.bhb.com, mbrennan@dc.bhb.com, |
| Heather Kendall-Miller | Kendall@narf.org, athomas@narf.org |
| Joanne M. Grace | joanne_grace@law.state.ak.us, ope_ecf@law.state.ak.us |
| Heather Kendall- Miller | Kendall@narf.org; athomas@narf.org |

/s/ Randolph H. Barnhouse