**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>LINCOLN PERATROVICH, et al.</u>   v.   <u>UNITED STATES OF AMERICA, et al.</u>

                                  and   <u>STATE OF ALASKA, Intervenor-Defendant</u>

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.   <u>3:92-cv-0734-HRH</u>

<u>Deputy Clerk</u>                     <u>Official Recorder</u>

_____       _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

    Having considered the motion and application of Samuel D. Hough (Docket No. 190) for permission to appear and participate in the United States District Court for the District of Alaska, filed pursuant to Local Rule 83.1(d), said motion is GRANTED.

    SO ORDERED.

---