TALIS J. COLBERG
ATTORNEY GENERAL

Michael W. Sewright (7510090)
Assistant Attorney General
Department of Law
1031 W. 4th Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5257
Facsimile: 907-279-2834
Email: mike.sewright@alaska.gov

Co-counsel for State of Alaska

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| LINCOLN PERATROVICH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al., )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>)<br>STATE OF ALASKA, )<br>)<br>Intervenor-Defendant. )<br>)<br>_____ ) | No. 3:92-CV-0734-HRH<br><br>**NOTICE OF SUBSTITUTION<br>OF COUNSEL** |

      The State of Alaska hereby provides notice of the substitution of Assistant Attorney General Michael W. Sewright for Assistant Attorneys General Steven A. Daugherty and Joanne M. Grace as co-counsel of record for the State in the above-captioned matter. Copies of all pleadings, documents, and correspondence related to the above-captioned case

should be directed to:

>Michael W. Sewright
>Assistant Attorney General
>Department of Law
>1031 W. 4th Avenue, Suite 200
>Anchorage, AK  99501

In addition copies of all pleadings and correspondence should also continue to be sent to William P. Horn at his Washington, D.C. office and Gregory L. Fisher at his Anchorage office.

RESPECTFULLY SUBMITTED this 22nd day of February, 2008.

>TALIS J. COLBERG
>ATTORNEY GENERAL
>
>s/Michael W.  Sewright
>Michael W. Sewright
>Assistant Attorney General
>Alaska Bar No. 7510090
>1031 W. 4th Avenue, Suite 200
>Anchorage, Alaska 99501
>Phone: (907) 269-5257
>Fax: (907) 279-2834
>Email: mike.sewright@alaska.gov
>
>Co-counsel for Plaintiff State of Alaska

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2008, a copy of the foregoing NOTICE OF SUBSTITUTION OF COUNSEL was served electronically, on the following:

Robert T. Anderson
Randolph H. Barnhouse
Carol H. Daniel
Steven A. Daugherty
Dean K. Dunsmore
Gregory S. Fisher

2

Joanne M. Grace
William P. Horn
Heather R. Kendall-Miller


/s/ Michael W. Sewright
Michael W. Sewright