



8. Beaver Point



7. Cape Edgecumbe

Case 3:92-cv-00734-HRH   Document 261-5   Filed 04/30/10   Page 3 of 7
Page 21 of 25
17326



6. Shoals Point



5. Legma Island

17325



4. Peisar Island



2. Long Island

3. Cape Burunof

17325