
Case 3:92-cv-00734-HRH   Document 261-8   Filed 04/30/10   Page 1 of 1
Page 11 of 11