# Executive Order

## SITKA DOCK SITE
## ALASKA

Under authority of the Act of Congress approved June 25, 1910 (36 Stat., 847), as amended by the Act of August 24, 1912 (37 Stat., 497), and on the recommendation of the Secretary of Agriculture, it is hereby ordered that the following described tract of unsurveyed land, containing approximately 2.675 acres, be temporarily withdrawn from settlement, location, sale or entry, except as provided in said acts, and be reserved for use by the Forest Service as a dock site in connection with the administration of the Tongass National Forest, Alaska.

In the townsite of Sitka, Alaska, beginning at a point whence U. S. R. I. M. No. 1 bears N. 2° 59′ W., 508.20′ distant:

Thence N. 20° 48′ W. 234.30′
" S. 60° 00′ W. 216.48′
" N. 30° 00′ W. 22.44′
" S. 62° 48′ W. 269.33′
" S. 27° 17′ E. 26.40′
" S. 62° 43′ W. 31.00′
" S. 24° 36′ E. 192.96′
" N. 61° 38′ E. 45.54′
" S. 28° 22′ E. 15.18′
" N. 61° 38′ E. 212.52′
" S. 28° 22′ E. 3.96′
" N. 61° 38′ E. 9.90′
" S. 28° 22′ E. 16.50′
" N. 61° 38′ E. 231.66′

to the place of beginning.

WOODROW WILSON

THE WHITE HOUSE,
3 October, 1920.

[No. 3333.]

EXHIBIT US-III-C
Page 1 of 4

US21177

Case 3:92-cv-00734-HRH   Document 261-11   Filed 04/30/10   Page 1 of 4
Exhibit
Page 1 of 4





VICINITY MAP
Showing Location
of
SITKA DOCK SITE
Scale, 1:10,000.

Yards

N

Swan Lake

SITKA

Sitka Dock Si[te]

2nd
Court House
Forest Rangers
Headquarters

[?]oor I.

Aleutski I.

U.S. Coast & Geodetic Survey Chart No. 8244.

EXHIBIT US-III-5
Page 3 of 4

Chas. H. Flory
Forest Supervisor.

US21179

Reference No. 435A

Federal Register Data

Publish d:          Vol.:                    PLO No.: FO 6045
No.:                Page:                    Date PLO signed: 2/24/33

# Executive Order

## SITKA DOCK SITE

### ALASKA

Under authority of the act of Congress approved June 25, 1910 (36 Stat. 847-848; U. S. C., title 43, sec. 141), as amended by the act of August 24, 1912 (37 Stat. 497; U. S. C., title 43, sec. 142), and on the recommendation of the Secretary of Agriculture, it is hereby ordered that the description of the Sitka Dock Site as reserved by Executive Order No. 3333 of October 3, 1920, for use by the Forest Service in connection with the administration of the Tongass National Forest, Alaska, be, and the same is hereby, modified to read as follows:

### IN THE TOWN SITE OF SITKA, ALASKA

Beginning at corner No. 1, which corner is an X cut on the breech end of a cannon approximately 6 ft. long, sunk muzzle down in the ground 4 ft., marked F. S. R., whence U. S. R. L. M. No. 1 bears N. 3° 10′ W., 511.14 ft.;

> Thence N. 20° 49′ W., 234.30 ft.;
> Thence S. 60° 00′ W., 311.90 ft.;
> Thence N. 30° 00′ W., 18.90 ft.;
> Thence S. 60° 00′ W., 157.00 ft.;
> Thence S. 30° 00′ E., 30.50 ft.;
> Thence S. 60° 00′ W., 45.00 ft.;
> Thence S. 23° 25′ E., 180.51 ft.;
> Thence N. 56° 45′ E., 232.00 ft.;
> Thence N. 78° 40′ E., 25.00 ft.;
> Thence S. 80° 30′ E., 21.00 ft.;
> Thence S. 23° 33′ E., 10.52 ft.;
> Thence N. 61° 19′ E., 225.47 ft.;

to corner No. 1, the place of beginning, containing 2.50 acres, more or less.

HERBERT HOOVER

THE WHITE HOUSE,
    *February 24, 1933.*

[No. 6045]

EXHIBIT US-III-5
Page 4 - 4

US21180

Case 3:92-cv-00734-HRH   Document 261-11   Filed 04/30/10   Page 4 of 4
Exhibit 1
Page 4 of 4

U.S. GOVERNMENT PRINTING OFFICE: 1933