6440 Real Property                    October 15, 1976
5460 Right of Way Acquisition

Report of Excess Property – Rock Dump
Dock in Juneau, Alaska

Director of Administrative Services

Following is a title report for Rock Dump Dock, Juneau, Alaska as
required by FPMR 101-47.202(b), (1) through (7), and 101-47.202(c):

1.  Description of Property:  Beginning at Cor. No. 33 herein-
    above described.  Thence from said point by metes and bounds,
    N. 83° 31' 00" E., 10.43 ft.; N. 43° 33' 35" E., 81.27 ft.;
    N. 71° 26' 25" W., 31.42 ft.; S. 39° 01' 00" W., 34.43 ft.;
    S. 18° 59' 00" W., 45.81 ft.; to the point of beginning,
    containing in all 0.030 acres, more or less.

2.  Date Title Vested in United States:  The Forest Service had
    been using the dock for some thirty years when the Submerged
    Land Act became applicable under the Alaska Statehood Act.
    Therefore title to the land remained in the U.S. (See P.L.
    85-303, 1971, Stat. 624, Secs. 2 and 3a)

3.  Exceptions, Reservations, Conditions, and Restrictions
    relating to Title:  NONE

4.  There is no action, thing, or circumstance that occurred
    from date of acquisition of the property by the U.S. which
    in any way affected the right, title, and interest of the
    U.S. to the property.

5.  There is no civil or criminal jurisdiction, nor any special
    circumstances over the land that is peculiar to the property
    being Government owned land.

6.  There are no known hazards, flooding or otherwise connected
    with the property.

7.  There are no known fixtures, or related personal property
    items that are of historical or artistic value.

8.  There is no known historical significance to the property,
    and because of this, it has not been nominated for listing in
    the National Register of Historic Places. It is notiin
    the proximity of property that is listed in the National

EXHIBIT US-III-6
Page 1 of 9

US 21195

Register. The Forest Service is not aware of any public effort to have the property listed in the National Register.

James A. Calvin

JAMES A. CALVIN
Director, Division of Lands & Mineral Management

cc: Chatham Area
    Juneau Work Center

KWHanninen:tf

EXHIBIT US-III-6
Page 2 of 9



United States
Department of
Agriculture

Office of
the Secretary

Office of
Operations

Washington, D.C.
20250

APR 12 1982

SUBJECT: Real Property - Juneau Rock Dump
Administrative Site and Dock

TO: Allen Smith
Director, Administrative Services
Forest Service

The General Services Administration (GSA) has transferred the
Juneau Rock Dump Administrative Site and Dock, Juneau, Alaska,
to the Department of Army.  Attached are copies of the transfer
documents together with a receipted copy of the transfer of
custody and accountability.

This property may now be removed from the real property
inventory.

VINCENT J. CHAVERINI
Acting Chief, Facilities
  Management Division

Attachments

*COPY SENT TO DARIO D'ANGELO*

*R-10, A.S. 4-13-82*

EXHIBIT US-III-6
Page 3 of 9

RECEIVED

APR 19 1982

FOREST SERVICE
US DA ALASKA
ADMIN. SERVICES

*Cy to LMW*

US 2119



United States
Department of
Agriculture

Office of
the Secretary

Office of
Operations

Washington, D.C.
20250

February 1, 1982

Mr. Ernest L. Woods, Jr.
Chief, Real Estate Division
Alaska District Corps of Engineers
Department of the Army
P.O. Box 7002
Anchorage, Alaska  99510

Dear Mr. Woods:

Under date of January 13, 1982, the General Services Administration (GSA)
advised us that the Juneau Rock Dump Administrative Site and Dock, Juneau,
Alaska (GSA Control No. A-ALAS-538A), has been transferred to your agency
pursuant to the Federal Property and Administrative Services Act of 1949,
as amended.  If satisfactory with our respective agencies, GSA requested
that the transfer of custody and accountability be effected February 15,
1982, at 12:01 a.m.  This arrangement is satisfactory to the Department.

Accordingly, custody and accountability of this .03-acre tract, together
with improvements, are hereby transferred to the Department of the Army,
Alaska Corps of Engineers, without reimbursement.

Please indicate on the two enclosed copies of this letter the time and date
the Corps accepted custody and accountability and return to this office.

Sincerely,

FRANK GEARDE, Jr.
Acting Director

Enclosures


Custody and accountability of land, together with improvements thereon,
accepted for and on behalf of the Department of Army, Alaska District of
Corps of Engineers, on the __15__ day _February_, 1982, at 12:01 o'clock (a.m.)
(p.m.)

                    Department of Army, Alaska
                    District, Corps of Engineers

              By: _____
                                    Name

                    Chief, Real Estate Division
                              Title



General Services Administration, Region 10
GSA Center
Auburn, WA 98002

RE: A-Alas-538A

JAN 13 1982

William H. Roth
Chief, Facilities Management Division
Office of Operations and Finance
Office of the Secretary
U.S. Department of Agriculture
Washington, DC 20250

Dear Mr. Roth:

Your Report of Excess Real Property, Holding Agency No. 2-77, GSA Control No. A-Alas-538A, pertains to the Juneau Rock Dump Administrative Site and Dock, Juneau, Alaska.

Pursuant to the authority delegated under the Federal Property and Administrative Services Act of 1949, 63 Stat. 377 as amended, title to the above referenced property is transferred to the Department of the Army, Alaska District Corps of Engineers, without reimbursement.

In order to expedite the transfer, we are recommending the transfer of custody and accountability effective 12:01 a.m. February 15, 1982. Please take the appropriate action to coordinate the transfer and acceptance effective that date. If any condition or problem prevents transferring custody and accountability of the property on the above date, please advise us no later than February 8, 1982.

Mr. Ernest L. Woods, Jr., Chief, Real Estate Division, Alaska District Corps of Engineers, Department of the Army, P.O. Box 7002, Anchorage, Alaska 99510, will act on behalf of that agency in accepting custody and accountability of the property. A copy of our letter of this date to that agency informing them of this title transfer is enclosed.

Please sign and return the enclosed copy of this letter acknowledging receipt of this communication. In addition, please provide us with an executed copy of the document showing transfer and acceptance of custody and accountability in order that we may close our files. If we may be of further assistance in accomplishing this transfer, please let us know.

Sincerely,

HAROLD J. HANSEN
Director, Real Property Division
Federal Property Resources Service

Enclosures

Original received and contents concurred in:

_____
Name and Title Fac. Mgt Spec

_____
Date January 20, 1982

RE:  A-Alas-538A

Ernest L. Woods, Jr.
Chief, Real Estate Division
Alaska District, Corps of Engineers
Department of the Army
P.O. Box 7002
Anchorage, AK   99510

Dear Mr. Woods:

Your letter of August 6, 1981, requested transfer of approximately 0.03-acre
of land and a wooden dock being known as Juneau Rock Dump Administrative Site
and Dock, Juneau, Alaska.  The property being transferred is more particularly
described in Exhibit "A," which is attached hereto and made a part hereof.
The estimate of value of the property is $19,400.  The Request for Transfer
of Excess Real Property and Related Personal Property, GSA Form 1334, included
a Certificate of Nonavailability of Funds for reimbursement.  Accordingly, the
requirement for payment of 50 percent of the fair market value by the Corps of
Engineers is waived.

Pursuant to the authority delegated under the Federal Property and Administrative
Services Act of 1949, 63 Stat. 377, as amended, title to the property is hereby
transferred to the Department of the Army, Alaska District Corps of Engineers,
without reimbursement, subject to compliance with the provisions of the National
Environmental Policy Act of 1969, including the preparation of an environmental
impact statement, if necessary; the Flood Disaster Protection Act of 1973, and
the Coastal Zone Management Act of 1972.  The transfer is also subject to the
transferee's compliance with OMB Circular A-95, which has already begun.

In order to expedite the transfer of this property, we are recommending the
Department of Agriculture take action to transfer custody and accountability
of the property to the Department of the Army, Alaska District Corps of Engineers,
effective 12:01 a.m. February 15, 1982.  If for any reason you cannot accept
custody and accountability as of that date, please advise us no later than
February 8, 1982.

Mr. William H. Roth, Chief, Facilities Management Division, Office of
Operations and Finance, Office of the Secretary, United States Department
of Agriculture, Washington, DC   20250, will act on behalf of that agency in
transferring custody and accountability of the property.  A copy of our
letter to the Department of Agriculture authorizing the transfer of custody
and accountability is enclosed for your file.

EXHIBIT US-III-6
Page 6 of 9

Please sign and return the enclosed copy of this letter acknowledging receipt of this communication. If we may be of further assistance in accomplishing the transfer, please let us know.

Sincerely,


HAROLD J. HANSEN
Director, Real Property Division
Federal Property Resources Service

Enclosures

EXHIBIT US-III-6
Page 7 9

US21201

EXHIBIT A

The following is a legal description of property being transferred to the
Department of the Army, Alaska District Corps of Engineers, known as the Juneau
Rock Dump Administrative Site and Dock, Juneau, Alaska, GSA Control No.
A-Alas-538A:

A parcel of land located in Section 25, Township 41 South, Range 67 East,
Copper River Meridian, more particularly described as follows:

    Beginning at corner No. 33 of Alaska State Tidelands Survey No. 201,
    thence from said point by metes and bounds N. 83°31'00" E., 10.43 feet;
    thence N. 43°33'35" E., 82.27 feet; thence N. 71°26'25" W., 31.42 feet;
    thence S. 39°01'00" W., 34.43 feet; thence S. 18°59'00" W., 45.81 feet,
    to the point of beginning.

TOGETHER WITH a perpetual right of way and easement in favor of the United
States of America as described in State of Alaska patent, Tidelands No. 214,
dated June 16, 1967, copy of which is attached hereto and made a part hereof
as Exhibit No. 1.

TOGETHER WITH all improvements thereon.

SUBJECT TO existing easements for public roads and highways, public utilities,
railroads and pipelines and to other easements of record.

US-III-6
Page 8 9

US 21202

ROCK DUMP
ADMINISTRATIVE SITE
AND
ACCESS ROAD RIGHT-OF-WAY
Reserved from State Tideland Patent No. 214
dated 6-16-1967 and granted to the U.S. Government

SEC. 25, T. 41S, R. 67E, COPPER RIVER MERIDIAN

N 32°00'00" W 186.00'

N 05°28'00" E 80.00'

20'
₡ ROAD

N 38°15'00" E 302.00'

N

N 71°26'25" W 31.42'
4
S 39°01'00" W 34.43'
3
5
S 18°59'00" W 45.81'
N 43°33'35" E 82.27'
R'  TIE 28'
S 71°26'00" E 28.00'
COR. NO. 33
(SUR. NO. 201)
N 83°31'00" E 10.43'

SCALE  1"=50'
0      25'      50'      100'

9-21-73

EXHIBIT US-III-6
Page 9    9

US21203