UNITED STATES DEPARTMENT OF AGRICULTURE
FOREST SERVICE

R-10

REPLY TO: 5400 Landownership

SEP 15 1980

SUBJECT: Ownership of a small boat harbor dock in Juneau
Your ref. 5460/5420 leter 6/8

TO: Forest Supervisor, Chatham



Please excuse the delay in formally responding to a request regarding the ownership of the "Government Dock" at Harris Harbor in Juneau. Recently my staff has been working with Karin Preston of your office to resolve the question of ownership. The following was concluded:

1. Ownership of the land in question remained vested in the Federal Government (USDA, Forest Service) as provided by Alaska Tidelands Survey No. 3, April 1961. This .67 acres of tideland is shown as a "Forest Service" exception on State of Alaska Patent #9 which conveyed certain tidelands in Gastineau Channel to the City of Juneau. The land in question is Federal land administered by the Forest Service.

2. In November, 1967, this "U.S. Forest Service Exception" to A.T.S. No. 3 was resurveyed. All improvements within the Exception were determined to lie within the boundary as shown on the official plat. Two (2) brass cap monuments were also set at the time of resurvey.

3. A review of the case folders for the dock facility indicates that other agencies and the City of Juneau have shared in the development and administration of the dock facility since the dock's initial construction in the early 1940's. Along with the Forest Service a prominent agency has been the National Marine Fisheries of NOAA, formerly the Bureau of Commercial Fisheries, U.S. Fish and Wildlife Service.

Enclosed are two case folders from your files.

JAMES A. CALVIN

JAMES A. CALVIN
Director of Lands, Minerals,
 and Watershed Management

Enclosures: 5420 Folder, Juneau Harbor Dock & Float
            5460 Folder, Juneau Small Boat Harbor, Dock & Float

CLow:gs  (9/12/80)  0374L

EXHIBIT US-III-7
Page 1 of 1

US 21192