# State of Alaska

# Patent

Tidelands No. ....9...........

**Know All Men By These Presents** that the State of Alaska, pursuant to Article III, Chapter 169, SLA 1959, as amended, and in consideration of: A Municipal Preference Right pursuant to Article III, Section 5 (3)(a), Chapter 169, SLA 1959, as amended, and the rules and regulations promulgated thereunder.

and other good and valuable consideration, does hereby grant to:

CITY OF JUNEAU

155 SOUTH SEWARD STREET

JUNEAU, ALASKA

....its............ heirs and assigns, those Tidelands lying seaward of the mean high tide line in

....Gastineau Channel........., State of Alaska, described as follows:

All of that parcel of tide and submerged land containing 231.51 acres, more or less, as designated on the official plat thereof, known as Alaska Tideland Survey No. 3 (CR 418 67E).

Beginning at Corner No. 1, identical with Corner No. 1, U. S. Survey No. 7, Juneau Townsite. Thence from Corner No. 1 by metes and bounds, N. 37° 17' W., 300.00 ft., to Corner No. 2; N. 22° 07' W., 300.00 ft., to Corner No. 3; N. 40° 13' W., 154.00 ft., to Corner No. 4; N. 23° 54' W., 150.00 ft., to Corner No. 5; N. 37° 29' W., 345.90 ft., to Corner No. 6; N. 80° 21' W., 363.40 ft., to Corner No. 7; S. 59° 47' W., 250.70 ft., to Corner No. 8; S. 17° 23' W., 194.40 ft., to Corner No. 9; N. 76° 36' W., 200.30 ft., to Corner No. 10; N. 84° 38' W., 110.00 ft., to Corner No. 11; N. 52° 42' W., 147.00 ft., to Corner No. 12; N. 32° 49' W., 195.90 ft., to Corner No. 13; N. 58° 59' W., 140.60 ft., to Corner No. 14; N. 21° 33' W., 269.80 ft., to Corner No. 15; N. 56° 18' W., 152.60 ft., to Corner No. 16; N. 38° 21' W., 173.80 ft., to Corner No. 17; S. 78° 59' W., 148.30 ft., to Corner No. 18; S. 56° 42' W., 202.39 ft., to Corner No. 19; S. 61° 53' W., 39.60 ft., to Corner No. 20; S. 61° 01' W., 267.65 ft., to Corner No. 21; S. 72° 35' W., 147.80 ft., to Corner No. 22; S. 46° 28' W., 68.11 ft., to Corner No. 23; S. 45° 35' W., 173.50 ft., to Corner No. 24; N. 79° 27' W., 312.60 ft., to Corner No. 25; N. 66° 28' W., 733.20 ft., to Corner No. 26; N. 30° 16' W., 492.00 ft., to Corner No. 27; N. 32° 41' W., 182.16 ft., to Corner No. 28; N. 65° 15' 45" W., 153.87 ft., to Corner No. 29; N. 62° 05' W., 124.74 ft., to Corner No. 30; N. 67° 16' 45" W., 105.60 ft., to Corner No. 31; N. 39° 20' 45" W., 916.10 ft., to Corner No. 32; N. 59° 37' 45" W., 443.80 ft., to Corner No. 33; N. 43° 21' 45" W., 257.40 ft., to Corner No. 34; N. 37° 58' 45" W., 337.30 ft., to Corner No. 35; S. 48° 43' W., 1195.94 ft., to Corner No. 36; S. 41° 18' E., 3472.26 ft., to Corner No. 37; S. 71° 07' E., 2300.00 ft., to Corner No. 38; N. 64° E., 1850.00 ft., to Corner No. 39; S. 42° 14' 32" E., 3002.34 ft., to Corner No. 40; N. 87° 44' 11" E., 349.45 ft., to Corner No. 41; N. 57° 12' W., 13.11 ft., to Corner No. 42; N. 68° 37' W., 36.61 ft., to Corner No. 43; N. 27° 06' W., 104.70 ft., to Corner No. 44; N. 38° 50' W., 62.53 ft., to Corner No. 45; N. 17° 32' W., 62.87 ft., to Corner No. 46; N. 12° 45' E., 27.02 ft., to Corner No. 47; N. 46° 55' W., 46.67 ft., to Corner No. 48; N. 16° 17' W., 22.85 ft., to Corner No. 49; N. 39° 35' E., 20.69 ft., to Corner No. 50; N. 35° 53' W., 61.63 ft., to Corner No. 51;

EXHIBIT US-III-8
Page 1 of 3
This is to certify that the fore-copy of the original as the same appears in the files of my office.
Case 3:92-cv-00734-HRH   Document 261-140   Filed 04/30/10   Page 1 of 3
US 21188

N. 32° 30' E., 40.05 ft., to Corner No. 52; N. 51° 54' W., 113.41 ft., to Corner No. 53; N. 38° 36' W., 117.61 ft., to Corner No. 54; N. 51° 44' W., 180.59 ft., to Corner No. 55; N. 44° 08' W., 36.42 ft., to Corner No. 56; N. 52° 04' W., 26.73 ft., to Corner No. 57; N. 31° 21' W., 26.51 ft., to Corner No. 58; N. 23° 24' W., 75.59 ft., to Corner No. 59; N. 40° 08' W., 50.32 ft., to Corner No. 60; N. 21° 30' W., 26.09 ft., to Corner No. 61; S. 33° 36' W., 8.93 ft., to Corner No. 62; N. 32° 03' W., 182.06 ft., to Corner No. 63; N. 30° 42' W., 219.89 ft., to Corner No. 64; N. 38° 44' W., 218.08 ft., to Corner No. 65; N. 50° 31' W., 148.40 ft., to Corner No. 66; N. 34° 31' W., 148.19 ft., to Corner No. 67; N. 36° 51' W., 147.55 ft., to Corner No. 68; N. 45° 37' 30" W., 263.03 ft., to Corner No. 69; N. 31° 54' W., 138.91 ft., to Corner No. 70; N. 60° 40' E., 24.40 ft., to Corner No. 1, the place of beginning.

## EXCEPTIONS

**U. S. SURVEY NO. 3566:**
Beginning at Corner No. 1, from whence Corner No. 11, Alaska Tidelands Survey No. 3, bears N. 21° 53' E., 154.61 ft. distant. Thence from Corner No. 1, by metes and bounds, S. 9° 17' W., 209.68 ft., to Corner No. 2; S. 23° E., 164.01 ft., to Corner No. 3; S. 67° 19' W., 846.98 ft., to Corner No. 4; N. 23° 18' W., 681.58 ft., to Corner No. 5; N. 57° 47' E., 354.88 ft., to Corner No. 6; N. 25° 20' W., 631.31 ft., to Corner No. 7; N. 64° 40' E., 13.00 ft., to Corner No. 8; N. 25° 20' W., 77.02 ft., to Corner No. 9; N. 64° 40' E., 37.03 ft., to Corner No. 10; S. 25° 20' E., 502.33 ft., to Corner No. 11; N. 57° 47' E., 233.38 ft., to Corner No. 12; S. 45° 34' E., 79.99 ft., to Corner No. 13; S. 43° 49' W., 61.45 ft., to Corner No. 14; S. 46° 16' E., 69.30 ft., to Corner No. 15; N. 46° 50' E., 154.31 ft., to Corner No. 16; S. 45° 29' E., 220.37 ft., to Corner No. 17; S. 45° 08' W., 104.15 ft., to Corner No. 18; S. 46° 10' E., 91.06 ft., to Corner No. 19; N. 41° 19' E., 158.40 ft., to Corner No. 20; S. 45° 34' E., 50.49 ft., to Corner No. 21; S. 23° 25' E., 34.52 ft., to Corner No. 1, the place of beginning.

**U. S. FOREST SERVICE TRACT:**
Beginning at Corner No. 1, from whence Corner No. 26, Alaska Tidelands Survey No. 3, bears N. 69° 08½' E., 393.70 ft. distant. Thence from Corner No. 1, by metes and bounds, S. 55° 56' W., 308.43 ft., to Corner No. 2; N. 34° 04' W., 109.99 ft., to Corner No. 3; N. 55° 56' E., 230.02 ft., to Corner No. 4; S. 34° 04' E., 60.00 ft., to Corner No. 5; N. 55° 56' E., 77.50 ft., to Corner No. 6; S. 35° 06' 45" E., 50.00 ft., to Corner No. 1, the place of beginning.

**U. S. FISH AND WILDLIFE SERVICE TRACT:** (SUPPORT SITE)
Beginning at Corner No. 1, from whence Corner No. 11, Alaska Tidelands Survey No. 3, bears N. 9° 49' E., 407.78 ft. distant. Thence from Corner No. 1, by metes and bounds, S. 23° E., 140.50 ft., to Corner No. 2; N. 67° E., 93.50 ft., to Corner No. 3; N. 23° W., 140.50 ft., to Corner No. 4; S. 67° W., 93.50 ft., to Corner No. 1, the place of beginning.

**WAR HOUSING PROJECT ALASKA-50083:**
Beginning at Corner No. 1, identical with Corner No. 10, U. S. Survey No. 3566, from whence Corner No. 20, Alaska Tidelands Survey No. 3, bears N. 24° 02' 10" W., 188.19 ft. distant; thence from Corner No. 1, by metes and bounds, N. 64° 27' E., 89.56 ft., to Corner No. 2; N. 63° 30' E., 140.08 ft., to Corner No. 3; thence along a circular curve with a radius of 80.00 ft., an arc distance of 109.51 ft., to Corner No. 4, which bears S. 77° 17' E., 101.16 ft., from Corner No. 3; S. 38° 04' E., 50.55 ft., to Corner No. 5; S. 37° 16' E., 39.43 ft., to Corner No. 6; S. 36° 42' E., 32.57 ft., to Corner No. 7; S. 64° 24' W., 104.20 ft., to Corner No. 8; S. 25° 36' E., 68.10 ft., to Corner No. 9; S. 64° 24' W., 231.11 ft., to Corner No. 10; N. 25° 20' W., 248.64 ft., to Corner No. 1, the place of beginning.

**INDIAN RESERVE:**
Beginning at Corner No. 1, identical with Corner No. 21, Alaska Tidelands Survey No. 3. Thence, from Corner No. 1, by metes and bounds, S. 72° 35' W., 13.34 ft., to Corner No. 2; S. 13° 20' E., 71.10 ft., to Corner No. 3; N. 65° 26' 20" E., 21.00 ft., to Corner No. 4; S. 24° 33' 40" E., 35.19 ft., to Corner No. 5; N. 65° 26' 20" E., 35.99 ft., to Corner No. 6; S. 24° 33' 40" E., 27.00 ft., to Corner No. 7; N. 64° 46' 30" E., 197.85 ft., to Corner No. 8; N. 64° 01' 30" E., 361.34 ft., to Corner No. 9; N. 49° 39' 50" E., 92.62 ft., to Corner No. 10; N. 38° 21' W., 116.31 ft., to Corner No. 11;

S. 78° 55' W., 148.30 ft., to Corner No. 12; S. 55° 42' W., 202.39 ft., to Corner No. 13; S. 61° 53' W., 39.60 ft., to Corner No. 14; S. 61° 01' W., 267.65 ft., to Corner No. 1, the place of beginning.

TOTAL AREA                251.01 ACRES

EXCEPTIONS:

| | |
|---|---|
| U. S. Survey No. 3466 | 14.59 acres |
| U. S. Forest Service Tract | 0.67 acres |
| U. S. Fish and Wildlife Service Tract | 0.30 acres |
| War Housing Project Alaska-50083 | 1.65 acres |
| Indian Reserve | 2.29 acres |

NET AREA OF CITY OF JUNEAU         231.51 ACRES

Section _____ , Township 41 South , Range 67 East C. R. Meridian according to the official plat of survey thereof, on file and of record with the Division of Lands and recorded in Book No. 61-198, Plat No. 293 of the official records of the Juneau Recording Precinct, Juneau, Alaska.

The Grantor, Alaska, expressly reserves, out of the grant hereby made, unto itself, its lessees, successors, and assigns forever, all oils, gases, coal, ores, minerals, fissionable materials, and fossils of every name, kind or description, and which may be in or upon said lands above described, or any part thereof, and the right to explore the same for such oils, gases, coal, ores, minerals, fissionable materials and fossils of every name, kind or description, and which may be in or upon said lands above described, or any part thereof, and the right to explore the same for such oils, gases, coal, ores, minerals, fissionable materials and fossils, and it also hereby expressly saves and reserves out of the grant hereby made, unto itself, its lessees, successors and assigns forever, the right to enter by itself, its or their agents, attorneys, and servants upon said lands, or any part or parts thereof, at any and all times, for the purpose of opening, developing, drilling and working mines or wells on these or other lands, and taking out and removing therefrom all such oils, gases, coal, ores, minerals, fissionable materials and fossils, and to that end it further expressly reserves out of the grant hereby made, unto itself, its lessees, successors, and assigns forever, the right by its or their agents, servants and attorneys at any and all times to erect, construct, maintain, and use all such buildings, machinery, roads, pipelines, powerlines, and railroads, sink such shafts, drill such wells, remove such soil, and to remain on said lands or any part thereof for the foregoing purposes and to occupy as much of said lands as may be necessary or convenient for such purposes hereby expressly reserving to itself, its lessees, successors, and assigns, as aforesaid, generally all rights and power in, to, and over said land, whether herein expressed or not, reasonably necessary or convenient to render beneficial and efficient the complete enjoyment of the property and rights hereby expressly reserved.

This indenture is executed subject to the covenant that no person, firm, association or corporation shall take herring spawn in waters on or over the tidelands herein conveyed, nor shall any person, firm, association, organization or corporation engage in the sale, barter or exchange of herring spawn for profit, providing however, nothing herein shall be construed to prevent or prohibit the taking of herring spawn by residents of this State for (1) personal consumption or (2) barter or exchange for the necessities of life, pursuant to Section 1, Chapter 34, SLA 1959.

To Have and to Hold the said land with the appurtenances thereof unto the said Grantee and its heirs and assigns forever.

In Testimony Whereof the State of Alaska has caused these presents to be executed by the Director of the Division of Lands pursuant to Article II, Chapter 169, SLA 1959, as amended this 7th day of February A.D. 19 62

Director, Division of Lands

EXHIBIT US-III-8
Page 3 of 3
State Record of Patents
Vol. I

This is to certify that the foregoing is a true, true and correct copy of the original on file in the office of the ...
Signed ...