P.O. Box 1628, Juneau, Alaska 99802

5450

August 17, 1979

Mr. Curtis V. McVee, Director
Bureau of Land Management
State Office Building
701 "C" Street, Box 13
Anchorage, Alaska 99513

Dear Curt:

This is in response to Ms. Olivia Short's telephone call regarding the need for a 3(e) designation letter on the Craig Administrative Site #1.

The Craig Administrative Site #1 (Craig Ranger Station) has been in continuous use by the Forest Service for half a century or more. It was first surveyed in 1913 and approved as a ranger station in 1919. Since that time, by purchase of four tracts of land and a donation of one tract by the City of Craig, the area has been increased from approximately 1.42 acres to 2.26 acres, not including tideland reserves #1 and #2.

Tideland Reserve Area #1 was acquired from the Department of the Army because of Forest Service occupancy and use at the time of the passage of the Alaska Statehood Act. Reserve Area #2 was acquired by purchase and deeded to the Forest Service by the City of Craig.

Total value of improvements on the site is $309,891.28 at the present time.

The Craig Administrative Site is essential to continued management of National Forest lands on Prince of Wales Island. It provides residences, office space, warehousing, boat storage, etc.

We are enclosing maps showing description of the site. All lands were in actual use on December 18, 1971.

No rights, interests or permitted uses have been granted to other agencies.

Sincerely,
  James A. Calvin

JAMES A. CALVIN
Director of Lands and Minerals Management

Enclosures

MDay:vka:08-17-79



21316