UNITED STATES DEPARTMENT OF AGRICULTURE

FOREST SERVICE

MANAGEMENT, R-10
Reports, Annual, 1938

WASHINGTON
April 21, 1939.

Regional Forester,

　　Juneau, Alaska.

Dear Sir:

　　In compiling the figures from the Annual Reports for 1938, we find that the latest data in the Washington Office on game refuges of Alaska is taken from the report for 1933. Since it is our belief that there have been changes since that time, we have listed below the record of Alaska refuges as found here. Please make corrections in this list and return it to Washington at your earliest convenience.

　　Game Refuges On National Forests of Alaska
Chugach National Forest
　　Afognak Island　　　　　　　448,000 acres
　　Kenai　　　　　　　　　　　1,798,144 "
　　Eyak　　　　　　　　　　　　　22,000 "
Tongass National Forest
　　Glacier Bay　　　　　　　　　454,680 "
　　Partofshikof　　　　　　　　　　8,360 "
　　Kruzof　　　　　　　　　　　 110,520 "
　　Admiralty Island
　　　　Thayer Mountain　　　　　 38,400 "
　　　　Pack Creek　　　　　　　　13,440 "
　　　　Mendenhall Lake　　　　　　5,120 "

　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　H. L. Shantz

　　　　　　　　　　　　　　　H. L. SHANTZ,
　　　　　　　　　　Chief, Division of Wildlife Management.

EXHIBIT US-III
Page 1 of 1

Case 3:92-cv-00734-HRH   Document 261-16   Filed 04/30/10   Page 1 of 1
US21359