FOREST SERVICE    KETCHIKAN, ALASKA



Regional Forester, Juneau, Alaska                    October 23, 1950.

C. M. Archbold, Division Supervisor

U - CLASSIFICATION, Tongass (S), Wildlife Reserve, Naha River
W - COOPERATION, Tongass (S), Black Bear Management, Naha River

Reference is made to Mr. Chipperfield's memo of October 19, 1950.

The reasons for having the original intent of protecting only the black bear on Naha River was to permit them to increase and concentrate around the falls where we have the bear observatory. The Forest Service took the initiative in getting favorable support from various organizations in Ketchikan for protection of black bear only. There is no need for protection of the other animals and birds. We have heard a number of comments against the full closure and that a hearing should have been held on the subject before taking such action.

If the area is to be closed in 1951 a big sign should be prepared for posting at the tramway and float at the entrance to Roosevelt lagoon. We have had a map posted showing that only black bear was protected.

Mr. Orton lives within the area and this is probably the only family having occasion to shoot deer and birds. He pointed out the closure to Hodgman and feels that we should have the regulations changed back to protection of black bear only.

EXHIBIT US-III-11
Page 1 of 10

US23231

FOREST SERVICE                                    JUNEAU, ALASKA

Division Supervisor, Ketchikan                    October 19, 1950

W. A. Chipperfield, Forester

U-CLASSIFICATION, Tongass (S), Wildlife Reserve, Naha River
W-COOPERATION, Tongass (S), Black Bear Management, Naha River

You have brought out a good point in your memorandum of October 10, regarding the changes that have been made in the game regulations affecting the closed area at Naha River.

Anan Creek is in the same category. We will bring this to the attention of the Alaska Game Commission, at the time of their annual meeting this winter.

We will be glad to have further comments from you pertaining especially to the objection to the present regulations and the advantages to be gained by returning to the original intent.

WAChipperfield:edy

EXHIBIT US-III-11
Page 2 of 10

US 23232

Exhibit 16 Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 2 of 10
Page 2 of 10

# Office Memorandum • UNITED STATES GOVERNMENT

TO : Regional Forester, Juneau, Alaska          DATE: October 10, 1950.

FROM : C. M. Archbold, Division Supervisor

SUBJECT: U ~~Incorrect?~~                      W
CLASSIFICATION, Tongass (S)                    COOPERATION, Tongass (S)
~~Public Service Site~~                        Black B_ear Management
Naha River ~~Bear Reserve~~                    Naha River

Reference is made to correspondence in 1938 and 1939 designated (W, WILDLIFE, Tongass (S) Black Bear Management, Naha River) on setting aside a strip of land along Naha River 1/2 mile wide upon which no shooting of black bear would be permitted.

We started out to merely protect the black bear along Naha River in order to perpetuate a concentration of bear around the bear observatory during the salmon run each year.

We note that the Game Commission Regulations for 1940-41, page 24, closed the 1/2 mile strip to the shooting of Black Bear only. However, in the 1945-46 Regulations, page 19, the strip was closed on all birds and animals except fur animals. This has carried on to the present time, see page 17 in the 1950-51 Regulations.

We feel that only black bear should be protected in Naha River drainage and recommend that the Fish & Wild Life Service return to the original classification.

C. M. A.

U
CLASSIFICATION, Tongass (S)
Wildlife Reserve
Naha River                                              6/28/44


This area closed by Alaska Game Commission to Bear Shooting - 2,560 acres.
Continuous closed season on certain species. Closing date unknown, but
was closed as early as 9/19/41.

EXHIBIT US-III-11
Page 4 of 10

US 23234

U
CLASSIFICATION
Wildlife Reserves

July 13, 1939

*[handwritten annotations: "open all", "This area closed by Game Commission to deer shooting"]*

District Ranger

Ketchikan, Alaska

Dear Mr. Archbold:

Please refer to my W-Wildlife letter of May 18.

It was decided the only way we could create an area closed only to the shooting of black bear was through action of the Game Commission and approval by the Secretary of Agriculture.

Mr. Dufresne contacted the members of the Game Commission to secure their approval to the closing of the Naha area to bear as an emergency measure. The members of the Commission have decided no emergency exists and would not give their approval.

It seems the only thing to do now is to wait until the next meeting of the Game Commission, at which time we anticipate little difficulty in having the area closed only to the shooting of black bear.

Very sincerely yours,

WELLMAN HOLBROOK
Assistant Regional Forester

jw

EXHIBIT US-III-11
Page 5 of 10

US 23235

Exhibit 16 Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 5 of 10
Page 5 of 10

P.C. 5/26/39
PP
14

W
WILDLIFE, Tongass (S)
Black Bear Management
Naha River

May 18, 1939

District Ranger
Ketchikan
Alaska

Dear Mr. Archbold:

Your letter of May 6, enclosing newspaper clippings, is received.

I notice that public approval of the Naha River Reserved Area is contingent on a prohibition against shooting black bear only. If this is the case we will not be able to handle it on the same basis as the Anan Creek Area. The Anan Creek Area was set aside as a recreation area and the discharging of fire arms within the area was prohibited under Regulation T-9. Prohibiting the discharge of fire arms under this Regulation effectively closes the area against hunting of any description. It would seem that we cannot make use of this Regulation for the Naha Area. We might have it closed to bear shooting only by the Secretary of Agriculture under Regulation G-20A.

It seems to me that the simplest way to close the Area would be to have the Game Commission at its next session close the area to the shooting of black bear only.

As soon as I have an opportunity to discuss the matter with Mr. Heintzleman a decision will be made on how the matter can best be handled. I am enclosing for your information a copy of the proclamation that was issued in connection with the Anan Creek Area.

Very sincerely yours

WELLMAN HOLBROOK
Assistant Regional Forester.

Enclosure

EXHIBIT US-III-11
P.P
US23236
Exhibit 16 Case 3:92-cv-00734-HRH Document 261-17 Filed 04/30/10 Page 6 of 10
Page 6 of 10

U                                                             Ketchikan, Alaska
CLASSIFICATION, Tongass (S)                  May 6, 1939
Public Service Site
Naha River

# R E P O R T
## Public Service Site
## Naha River Black Bear Reserve
## Tongass National Forest
## Alaska

1. **DESCRIPTION:**

   (a) The area to be reserved for the protection of black bear near Loring, Alaska, is as follows: "1/2 mile on either side of the trail leading from the outlet to Roosevelt Lagoon on Naha Bay to the outlet of Heckman Lake on Naha River near Loring, Alaska".

   (b) The acreage of the reserved area would be approximately four square miles or 2,560 acres.

2. **CLIMATE:**

   (a) The rainfall is practically the same as at Ketchikan and approximates 150 inches annually. Through the winter months of January and February, several feet of snow lies on the ground. Wet seasons occur throughout the year with drier seasons in July and August.

   (b) The temperature ranges from slightly below zero to about 85°. Growing season extends from May 15 to September 15 during which period no killing frosts occur.

3. **TOPOGRAPHY:**

   (a) Naha River drains an area of lake land. There are about twenty lakes in the drainage with about five large enough to have names. The salt lake of Roosevelt Lagoon, Jordan Lake, Heckman Lake, Fortman Lake, Patching Lake and Orton Lake. The land along the stream is generally low and muskeg.

   (b) The stream flows thru rock canyons and has numerous riffles and small falls. Rock outcrops occur throughout the area.

4. **SOIL:**

   The land for the most part is timbered or muskeg. There are several areas along lower Naha River which have fine loamy soil suitable for growing garden truck and berries.

5. **WATER:**

   (a) Domestic water can be obtained from side streams entering Naha River.

EXHIBIT US-III-11
Page 7 of 10
US23242
Exhibit 16 Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 7 of 10
Page 7 of 10

(b) There is no need for irrigation.

5. AGRICULTURAL VALUE:

(a) Only several areas along the lower river are suitable for agricultural purposes when cleared and drained. All root crops, garden vegetables and berries can be grown. Ninety-nine percent of the area is unsuitable for agriculture.

(b) Land can be cleared for about $1500 per acres. Some areas where grass predominates can be prepared at a very nominal sum.

(c) There is no available data on hand concerning sale of land. There are few areas suitable for agriculture.

7. CHARACTER OF AREA:

(a) Only a small portion of the land would be suitable for agriculture if cleared. Mr. Milton Orton now has an eliminated homesite of 5 acres within the area. The Alaska Packers has a patented area of 1 acre adjacent to the Orton claim for a warehouse site.

(b) The area is not suited for grazing other than for goats. It is practically all timbered or muskeg land.

(c) The land is low around the lakes and wet muskeg.

8. FOREST VALUE:

There is much commercial size timber in the drainage. It is so far from salt water that there is little likelihood that it will be logged for many years. Forest values are greater for wildlife protection.

9. PURPOSE OF SELECTION:

(a) The area has been selected to provide protection to numerous black bear that congregate around the stream and falls during July, August and September to feed on salmon moving up the stream. They should be protected and allowed to multiply. The falls are visited by many people to photograph the bear while fishing.

(b) The area is conveniently reached by trails from deep water anchorage on Naha Bay. Parties come there from Ketchikan, a distance of about twenty miles by Clover Pass, a scenic protected waterway.

(c) The area will be posted as a Public Service Site.

(d) Accessible from Ketchikan by boat and seaplane.

(e) The area lies within two miles of Loring, the closest postoffice, and about twenty miles of Ketchikan.

-3-

EXHIBIT US-III-11
Page 8 of 10

US 23243

Exhibit 16 Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 8 of 10
Page 8 of 10

10.     ADVERSE CLAIMS:

        Mr. Milton Orton has an eliminated 5 acre homesite on lower Naha River.

        The Alaska Packers Association has a patented area of 1 acre adjacent to the Orton ranch. They also have a patented hatchery site at the upper end of Heckman Lake. There are no other users within the area.

11.     GENERAL REMARKS:

        The general public is favorable to having the reserve made so that Ketchikan may have a suitable area close by where visitors and stop-over tourists may visit and photograph the black bear. This will be one more inducement to have stop-over tourists at Ketchikan. A map of the proposed area is already in the Regional Office files. The area is so large that it need not be surveyed.

                                        VERY RESPECTFULLY SUBMITTED:

                                        *C. M. Archbold*

                                        C. M. ARCHBOLD
                                        District Ranger

-3-

US-III-11
Page 9 of 10

US 23244

Exhibit 16 Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 9 of 10
Page 9 of 10

W
Wildlife, Tongass (S)
Black Bear Management
Naha River

December 30, 1938

District Ranger

    Ketchikan, Alaska

Dear Mr. Archbold:

    Reference is made to your letter of October 31, 1938.

    After further consideration it has been decided to close only a small area to the shooting of black bear on Naha River as follows: "½ mile on either side of the trail leading from the outlet to Roosevelt Lagoon to the outlet of Fortmann Lake on Naha River near Loring, Alaska."

    The objection to including all of the drainage tributary to Roosevelt Lagoon is that in the event a game management plan is inaugurated for Rivillagigedo Island, there might be complications in having the size of the area reduced, which can be avoided by confining it to a small area in the first place.

                                   Very truly yours,

                                   WELLMAN HOLBROOK
                                 Assistant Regional Forester

                                 bs

Exhibit US-III-11
Page 10 of 10

US23250

Case 3:92-cv-00734-HRH   Document 261-17   Filed 04/30/10   Page 10 of 10