UNITED STATES DEPARTMENT OF AGRICULTURE
FOREST SERVICE
TONGASS NATIONAL FOREST
PETERSBURG DIVISION



FOREST SERVICE - R-10
RECEIVED
NOV 11 1942

ADDRESS REPLY TO
DISTRICT RANGER
AND REFER TO

PETERSBURG, ALASKA

U
CLASSIFICATION
Public Service Site
Anan Creek Recreation Area

November 9, 1942

DESCRIPTION:
    Approximately 400 acres located at the mouth of Anan Creek which is a tributary to Bradfield Canal.

CLIMATE:
    Usual S. E. Alaska climate, percipitation and temperature.

TOPOGRAPHY:
    Anan Creek traverses the area in a diagonal direction. Deep slopes are to be found on each side of the creek. Between the salt lagoon and the beach as shown on the platt the area has gentle slopes.

SOIL:
    Not suitable for agriculture.

WATER:
    Anan Creek is not suitable for domestic water purposes at all times of the year. A small spring providing good domestic water is located on the beach near the south beach corners.

AGRICULTURAL VALUE:
    The area between the lagoon and the beach has been partially cleared and cultivated in the past. It is the only portion that could be considered of agricultural value.

CHARACTER OF AREA:
    Approximately 3 acres would be capable of cultivation when cleared. The balance of the area is timbered.

FOREST VALUE:
    The area supports a stand of spruce and hemlock timber which is mostly of a semi-merchantable value.

PURPOSE OF SELECTION:
    This area has been selected for its recreational values in connection with providing opportunities for visitors and tourists to observe the black bear which congregate in large numbers along Anan Creek during the salmon spawning season. It is easily accessible to the public by means of water transportation. It is approximately 35 miles distant from the town of Wrangell.

ADVERSE CLAIMS:
    All conflicting claims to portions of the area have been cleared.

EXHIBIT US-III-12
Page 1 of 4

US 23112

Case 3:92-cv-00734-HRH   Document 261-18   Filed 04/30/10   Page 1 of 4
Exhibit 46
Page 1 of 4

GENERAL REMARKS:
    Map of area has been previously submitted and the boundaries have been approved. The areas was reposted to conform to the revised boundaries on October 29, 1942. At this time, glass faced frame map was also posted at each of the two beach corners. This area has been informally reserved for recreational values for several years. The Forest Service has already constructed an expensive trail with several look-out shelters for the convenience of the public in observing and photographing the black bear along the creek. The small cabin located between the salt lagoon and the beach was previously claimed by an old pioneer Mr. Pratt who is now deceased and the property belongs to the goverment.

Respectfully submitted,

W. A. CHIPPERFIELD
DIVISION SUPERVISOR

WAC:NNB

Approved Nov 11-1942
Acting Regional Forester

EXHIBIT US-III-12
Page 2 of 4

US23113

Case 3:92-cv-00734-HRH   Document 261-18   Filed 04/30/10   Page 2 of 4
Page 2 of 4

U
CLASSIFICATION
Tongass (?)
Public Service Site
Anan Creek Rec. Area

Juneau, Alaska

## PROCLAMATION

### REVOKING ORDER OF AUGUST 2, 1937
### PROHIBITING THE DISCHARGE OF FIREARMS
### AT ANAN CREEK RECREATION AREA
### ALASKA

By virtue of and pursuant to the authority vested in me by Regulation T-9, Forest Service, U. S. Department of Agriculture Regulations, prohibiting the discharging of firearms in the vicinity of camps, residence sites, recreations grounds and areas, and over lakes or other bodies of water adjacent to or within such areas, whereby any person is exposed to injury as a result of such discharge, the area surrounding the outlet of Anan Creek into Humpback Bay, designated as the "Anan Creek Recreation Area", within the Tongass National Forest was closed to the discharge of firearms.

Since the principal wildlife on the area is black bear which are now adequately protected by game laws the order is hereby revoked.

B. FRANK HEINTZLEMAN
Regional Forester

Juneau, Alaska

_March 21_, 1940

EXHIBIT US-III-12
Page 3 of 4

US23114

Case 3:92-cv-00734-HRH   Document 261-18   Filed 04/30/10   Page 3 of 4
Exhibit 1
Page 3 of 4

