Case 3:05-cv-00006-HRH   Document 248-4   Filed 08/12/2009   K. Peratrovich Case
Research
E
99
.T6
E46
/1991

# The Tlingit Indians

## *George Thornton Emmons*

Edited with additions by
**Frederica de Laguna**
and a biography by Jean Low



**ARLIS**
Alaska Resources
Library & Information Services
Anchorage, Alaska

UNIVERSITY OF WASHINGTON PRESS   *Seattle and London*
AMERICAN MUSEUM OF NATURAL HISTORY   *New York*

3 3755 000 56825 3

EXHIBIT 2
Page 1 of 9

Case 3:92-cv-00734-HRH   Document 261-20   Filed 04/30/10   Page 1 of 8
Exhibit 16
Page 1 of 3

THE TLINGIT INDIANS IS PUBLISHED AS NUMBER 70
IN THE ANTHROPOLOGICAL PAPERS OF THE
AMERICAN MUSEUM OF NATURAL HISTORY.

The preparation of this edited volume was made possible in part by grants from the Program for Editions of the National Endowment for the Humanities, an independent federal agency. Publication of the book has also been supported by a grant from the National Endowment for the Humanities.

Colleagues, friends, and former students of Frederica de Laguna have also contributed to the book's publication through a special fund; their names are listed in the back of the book.

Copyright © 1991 by the American Museum of Natural History
Design by Corinna Campbell
Printed in the United States of America
12 11 10 09 08 07 06 05    7 6 5 4 3

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without permission in writing from the publisher.

University of Washington Press
PO Box 50096
Seattle, WA 98145-5096, U.S.A.
www.washington.edu/uwpress

Library of Congress Cataloging-in-Publication Data

Emmons, George Thornton.
  The Tlingit Indians / George Thornton Emmons ; edited with additions by Frederica de Laguna and a biography by Jean Low.
       p. cm.—(Anthropological papers of the American Museum of Natural History; v. 70)
  Includes bibliographical references and index.
  ISBN 0-295-97008-1
  1. Tlingit Indians—Social life and customs.  2. Alaska—Social life and customs.  3. Emmons, George Thornton.  I. De Laguna, Frederica, 1906–  . II. Title.  III. Series.
E99.T6E46  1991
979.8'004972—dc20                        90-46274
                                              CIP

The paper used in this publication meets the minimum requirements of American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z39.48-1984. ♾

EXHIBIT 2
Page 2 of 9

TABLE 11

The Composition of Tlingit Tribes

### I  TONGASS

Emmons: Tan-ta Kwan, Ton-ta Kwan, "Sea lion tribe," from Prince of Wales Island, which was called *tan*, "sealion." Tangash, Tongass is the name in more general use.
Phonetic: Taˑn (ya-)ta qʷáˑn, "people from behind (i.e. inland side of) Prince of Wales Island." Tangaˑs or Tangaˑš, from taˑn, "sealion," the name for Prince of Wales Island.
Swanton: TAngāˑc qoan
    Raven 1   Con-nah-hut-tee [Ǧaˑnaxʔádi]
    *Wolf 8   Shen-ku-qway-tee [Šankukʷeˑdí]
    *Wolf 27  Tuck-clar-way-tee [Daqɫaweˑdí]
*These seem to be alternate designations for the same clan.
    Wolf 32  Tay-qway-tee [Teˑqʷeˑdí]

### II  SANYA

Emmons: Son-nah Kwan, Sa-niya or Sa-nya Kwan, "Southward tribe," from *sa-nuk* "south."
Phonetic: Saˑnyaˑ qʷáˑn, from saˑ-niyaˑ, "southern direction."
Swanton: Sāˑnya qoan
    Raven 10  Kake-sat-tee [Kiksʔádi]
    Wolf 32   Ta-qway-tee [Teˑqʷeˑdí]
    Eagle     Na-ah-tee, Na-ah-hut-tee [Neˑxʔádi]

### III  STIKINE

Emmons: Stick heen or Stikheen Kwan, "Bitter, unwholesome water tribe," from *stahk* "glacial mud in the river."
Phonetic: Štax híˑn qʷáˑn, from š datax híˑn, "water (so silty) that (it) must be chewed."
Swanton: Staq!híˑn qoan, or Cq!At qoan [Šx̌at qʷáˑn]
    Raven 10  Kake-sat-tee [Kiksʔádi]
    [Raven 14  Arn-kark-hit-ton. An obvious error for Raven 11.]
    Raven 11  Tee-ton or Teete-ton [Tíˑy híˑt-taˑn]
    *Raven 25  Souk-heen-a-tee [Suqʷtíˑneˑdí]
    *Raven 28  Kartch-hut-tee [Qaˑčʔádi]
*These appear to be alternative designations for the same group.
    Raven 32  Kas-qwoir-qway-tee [Kaˑsx̌agʷeˑdí]
    Raven 33  Tahl-qway-tee [Taˑɫqʷeˑdí]
    Wolf 18   Nan-ya-i-ee [Naˑnyaˑʔaˑyí]
    Wolf 19   Sick-nar-hut-tee [Šiknaxʔádi]
    Wolf 26   Hook-qway-tee [Xuˑx̌ʷeˑdí(?)]
    Wolf 31   K'Hithlh-qwan or Hetheɫ-qwan [X̌eˑɫ-qʷáˑn]

### IV  HENYA

Emmons: Hen-yeh Kwan, contracted from Hay-nuk-a-koo-oo-woo Kwan, "people from the other side," referring to the outer coast of Prince of Wales Island.
Phonetic: Heˑnyaˑ qʷáˑn, from heˑ-niyaˑ, "this direction (over there)."
Swanton: Hēˑnya qoan
    Raven 2   Tar-qwan-a-tee, or Tark-an-a-tee, or Tsar-wan-ee [Táˑkʷʔaˑneˑdí]
    Raven 12  Tee-hee-na-tee, or Tee-heen-a-tee [Tiˑyineˑdí]
    Raven 21  Yes-kah-na-tee or Yes-qwar-na-tee [Yíˑšqaneˑdí (?)]
    Raven 24  Teetle-hit-ton [Tíˑɫ híˑt-taˑn]
    *Raven 20  Wahke-heen-a-tee [Wéx̌hineˑdí]
    *Raven 34  Hu-yahk-hut-tee [Quyéˑq̇ʔádi]
*Raven 20 was omitted from one chart, perhaps because extinct; Raven 34 added on the other chart.
    Wolf 8   Shen-ku-qway-tee [Šankukʷeˑdí]
    Wolf 14  Kah-qwoir-hit-ton [Kagʷax híˑt-taˑn (?)]

### V  KLAWAK

[Added by Emmons as an afterthought to one chart. The constituent clans, of which there seem to be only two, are difficult to read.]
Emmons: Klawak Kwan, "place of wrath." Or "people from the other side."
Phonetic: Ɫawaˑk qʷáˑn (etymology unknown)
Swanton: Ɫawāk, a Henya town.
    Raven 30?  Ka-yah-ut-de (Ka-ya [otter]) or Ka-ya-te [Kayaˑʔádi] ?
    Raven 31?  Toke-ku-a-de (beaver) [Tuqʷyeˑdí]?

### VI  KUYU

Emmons: Kuyu Kwan. Name said to be derived from "stomach," referring to the shape of either Kuiu Island or some bay where they first lived.
Phonetic: Kuyu qʷáˑn, Possible derivation from stomach, yu, needs to be checked.
Swanton: Kuiu qoan.
    *Raven 20  Wahke-heen-a-tee [Wéx̌hineˑdí]
    *Raven 34  Hu-yahk-hut-tee [Quyéˑq̇ʔádi]
*These different names seem to designate the same group.
    Raven 22  Thluke-heen-a-tee [Ɫuˑkʷhineˑdí (?)]
    Raven 23  Ka-ya-tee or Ku-ya-tee [Kuyeˑdí (?)]
    Wolf 10   Sha-ah-qwan [Šaˑʔaˑ qʷaˑn (?)]
    Wolf 11   Nas-ta-tee [Naˑsteˑdí]
    Wolf 12   Nas-sah-hut-tee or Nas-ah-hut-tee [Naˑsaxʔadí (?)]
    Wolf 13   Khoon-hit-ton [Kúˑn híˑt-taˑn]

EXHIBIT 2
Page 3 of 9