IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LINCOLN PERATROVICH, et al. | v. | UNITED STATES OF AMERICA, et al. |
| | and | STATE OF ALASKA, Intervenor-Defendant |

JUDGE  H. RUSSEL HOLLAND         CASE NO.  3:92-cv-0734-HRH

PROCEEDINGS:   **NOTICE TO COUNSEL**

The court has received and has responded to an informal, joint communication from the Shakan Kwaan Tlingit Nation and the Taanta Kwaan Tlingit Nation, copies of which are attached and provided for counsel's information.

Although the court has again acknowledged the Nations' communication, the court must advise again that the court's business is not done through ex parte communications – that is, by letters to the court or filings that have not been served on all parties. The attached correspondence is being docketed herewith solely as a means of making the Nations' letter available to all counsel.