

## UNITED STATES DISTRICT COURT
District of Alaska
222 West Seventh Avenue, No. 54
Anchorage, Alaska  99513-7545

H. Russel Holland  907.677.6252
Senior United States District Judge

7 April 2021

Franklin H. James, Sr.  
P.O. Box 8324  
Ketchikan, AK  99901

Tom Harris  
P.O. Box 110057  
Anchorage, AK  99511-0057

Richard Makua  
P.O. Box 9159  
Ketchikan, AK 99901

Re:   Peratrovich v. United States  
      Case No. 3:92-cv-0734-HRH  
      Meeting on Fishing Rights

Gentlemen:

I am in receipt of your letter of March 29, 2021, regarding the case of Peratrovich v. United States, No. 3:92-cv-0734-HRH.  As I advised in my letter of March 11, 2020, it would be inappropriate for me to comment on the substance of your letter.

When and if counsel for the parties are of the view that I might be of assistance in implementing this court's decisions, I will be glad to accommodate the parties.

Sincerely,

/s/ H. Russel Holland  
H. Russel Holland